B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Organic Fuels, Ltd. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Organic Fuels<br>Organic Fuels, LLC |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>20-2241635 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1616 South Voss, Suite 350<br>Houston, Texas<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Harris<br>ZIP CODE 77057 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Organic Fuels, Ltd.<br>P.O. Box 25351<br>Houston, Texas<br><br><br>ZIP CODE 77265 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Organic Fuels, Ltd.__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Clinton W Neely_ Vice Pres. Finance + Control     x _[signature]_
Signature of Petitioner or Representative (State title)     Signature of Attorney                              Date
Vopak Terminal Deer Park, Inc.                             Patrick L. Hughes - Haynes and Boone LLP
Name of Petitioner                Date Signed              Name of Attorney Firm (If any)
                                                            1221 McKinney, Suite 2100  Houston, TX 77010
Name & Mailing          2759 Independence                  Address
Address of Individual   Pkwy South                         (713) 547-2000
Signing in Representative                                  Telephone No.
Capacity

x _Clinton W Neely_ Vice Pres. Finance + Control     x _[signature]_
Signature of Petitioner or Representative (State title)     Signature of Attorney                              Date
Vopak Terminal Galena Park, Inc.                           Patrick L. Hughes - Haynes and Boone LLP
Name of Petitioner                Date Signed              Name of Attorney Firm (If any)
                                                            1221 McKinney, Suite 2100  Houston, TX 77010
Name & Mailing          1500 Clinton Drive                 Address
Address of Individual   Galena Park, TX 77547              (713) 547-2000
Signing in Representative                                  Telephone No.
Capacity

x ~~_____~~                                     x ~~_____~~
Signature of Petitioner or Representative (State title)     Signature of Attorney                              Date
~~Neal Construction Company, Inc.~~                        Patrick L. Hughes - Haynes and Boone LLP
Name of Petitioner                Date Signed              Name of Attorney Firm (If any)
                                                            1221 McKinney, Suite 2100  Houston, TX 77010
Name & Mailing          2451 CR 605                        Address
Address of Individual   Dayton, TX 77535                   (713) 547-2000
Signing in Representative                                  Telephone No.
Capacity

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Vopak Terminal Deer Park, Inc. | Services Rendered | 3,744.00 |
| Vopak Terminal Galena Park, Inc. | Services Rendered | 1,194,858.71 |
| ~~Neal Construction Company, Inc.~~ | ~~Services Rendered~~ | ~~30,804.47~~ |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,229,407.18 |

___1___ continuation sheets attached

## Attachment to Involuntary Petition for Organic Fuels, Ltd.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x_____<br>Signature of Petitioner or Representative (State title)<br><br>Bay Area Industrial Contractors, Ltd.<br><br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative          1606 Sens Road<br>Capacity                                         La Porte, TX 77571 | x_____   _____<br>Signature of Attorney                                             Date<br><br>Patrick L. Hughes – Haynes and Boone LLP<br><br>Name of Attorney Firm (If any)<br><br>1221 McKinney, Suite 2100 Houston, TX 77010<br><br>Address<br><br>(713) 547-2000<br><br>Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x__[signature]__ CAO/Secretary<br>Signature of Petitioner or Representative (State title)<br><br>Tankco Services of Texas Corp.<br><br>Name of Petitioner  Thomas P. Bayham   Date Signed 1-29-10<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative          950 Seaco Avenue<br>Capacity                                         Deer Park, TX 77536 | x__[signature]__  1/29/10<br>Signature of Attorney                                             Date<br><br>Patrick L. Hughes – Haynes and Boone LLP<br><br>Name of Attorney Firm (If any)<br><br>1221 McKinney, Suite 2100 Houston, TX 77010<br><br>Address<br><br>(713) 547-2000<br><br>Telephone No. |

| Name of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bay Area Industrial Contractors, Ltd. | Services Rendered | |
| Name of Petitioner | Nature of Claim | Amount of Claim |
| Tankco Services of Texas Corp. | Services Rendered | $12,850.00 |

## Attachment to Involuntary Petition for Organic Fuels, Ltd.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x _[signature]_<br>Signature of Petitioner or Representative (State title)<br><br>Bay Area Industrial Contractors, Ltd.<br><br>Name of Petitioner | | x _[signature]_     1/29/10<br>Signature of Attorney     Date<br><br>Patrick L. Hughes – Haynes and Boone LLP<br>Name of Attorney Firm (If any) |
|---|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Date Signed<br><br>1606 Sens Road<br>La Porte, TX 77571 | 1221 McKinney, Suite 2100 Houston, TX 77010<br>Address<br><br>(713) 547-2000<br>Telephone No. |
| **Name of Petitioner**<br>Bay Area Industrial Contractors, Ltd. | **Nature of Claim**<br>Services Rendered | **Amount of Claim** |