IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

### NOTICE OF FILING OF PETITIONING CREDITORS' STATEMENTS OF CORPORATE OWNERSHIP

Vopak Terminal Deer Park, Inc., Vopak Terminal Galena Park, Inc., Tankco Services of Texas Corp., Bay Area Industrial Contractors, Ltd., and Neal Construction Company, Inc. (collectively, the "Petitioning Creditors") hereby file their respective Statements of Corporate Ownership, pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, attached hereto.

Dated: February 3, 2010

Respectfully submitted,

**HAYNES AND BOONE, LLP**

  /s/ Patrick L. Hughes
Patrick L. Hughes
Texas Bar No. 10227300
Francisco Rivero
Texas Bar No. 24046725
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone (713) 547-2000
Facsimile (713) 547-2600

COUNSEL FOR PETITIONING CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, the undersigned corporation certifies that:

The following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

Vopak Terminals North America, Inc.            100%

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: January 27, 2010                    Vopak Terminal Deer Park, Inc.

/s/ [signature]

By:        Lou Ann Flanz
Title:     Corporate Secretary, Vopak North America, Inc.
Address:   2000 West Loop South, Suite 2200
           Houston, TX 77027

Telephone No.: (713) 561-7244

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, the undersigned corporation certifies that:

The following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

Vopak Terminals North America, Inc.            100%

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: January 27, 2010                     Vopak Terminal Galena Park, Inc.

/s/ Lou Ann Flanz

By:        Lou Ann Flanz
Title:     Corporate Secretary, Vopak North America, Inc.
Address:   2000 West Loop South, Suite 2200
           Houston, TX 77027

Telephone No.: (713) 561-7244

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, the undersigned corporation certifies that:

The following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

USES Corp.        100%

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: January 29, 2010        Tankco Services of Texas Corp.

/s/ _____

By:
Title: Thomas Bayham
       Chief Administrative Officer
       United States Environmental
       Services, LLC
Address: 365 Canal Street, Suite 2500
         New Orleans, LA 70130

Telephone No.: (504) 279-9930

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, the undersigned corporation certifies that:

> There are no corporations that directly or indirectly own 10% or more of any class of its equity interests.

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: January 26, 2010

Bay Area Industrial Contractors, Ltd.

/s/ _____

By: Clint Partridge
Title: Vice President
Address: 1606 Sens Road
La Porte, TX 77571

Telephone No.: (281) 471-0400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, the undersigned corporation certifies that:

> There are no corporations that directly or indirectly own 10% or more of any class of its equity interests.

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: January 26, 2010

Neal Construction Company, Inc.

/s/ Boyd Neal

By:       Boyd Neal
Title:    Vice President
Address:  2451 CR 605
          Dayton, TX 77535

Telephone No.: (713) 828-0913