UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ORGANIC FUELS, LTD., | § | CASE NO. 10-30778-H3-7 |
| | § | (Involuntary) |
| Alleged Debtor. | § | |

ORIGINAL ANSWER TO INVOLUNTARY
PETITION AND REQUEST FOR HEARING

**To the Honorable Leticia Z. Paul,
United States Bankruptcy Judge:**

Organic Fuels, Ltd. ("OFL") files its original answer to the Involuntary Petition filed by Vopak Terminal Deer Park, Inc., Vopak Terminal Galena Park, Inc., Neal Construction Company, Inc., Bay Area Industrial Contractors, Ltd. and Tankco Services of Texas Corp. (collectively, the "Petitioners") and request for hearing.

**Original Answer to Involuntary Petition**

1. With respect to Allegation No. 1, OFL denies that each of the Petitioners are eligible under 11 U.S.C. § 303(b). First, the amount of Vopak Terminal Galena Park, Inc.'s claim, as set forth in the Involuntary Petition, does not agree with OFL's books and records. On information and belief, certain payments and credits have not been applied. In addition, because the Involuntary Petition does not state the amount of Bay Area Industrial Contractors, Ltd.'s claim, OFL cannot determine whether such claim is subject to a bona fide dispute. OFL admits that the other Petitioners are eligible under 11 U.S.C. § 303(b).

2. OFL admits Allegation No. 2.

3. OFL admits Allegation No. 3.a.

**Request for Hearing**

4. OFL is continuing to investigate this matter and evaluate all options. OFL requests that the Court set a hearing to consider whether entry of an order for relief is proper and/or whether conversion of this case to chapter 11 is appropriate.

5. Accordingly, OFL requests that the Court (i) set a hearing to consider the entry of an order for relief and/or conversion to chapter 11; and (ii) grant such other relief as is just.

**Dated: February 22, 2010.**

Respectfully submitted,

/s/ Joshua W. Wolfshohl
John F. Higgins
State Bar No. 09597500
Joshua W. Wolfshohl
State Bar No. 24038592
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, TX  77002
Telephone:    (713) 226-6000
Facsimile:    (713) 226-6248
jhiggins@porterhedges.com
jwwolfshohl@porterhedges.com
**Counsel for Organic Fuels, Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by United States first class mail to Patrick L. Hughes, Haynes & Boone, LLP, 1221 McKinney, Suite 2100, Houston, TX 77010 and by electronic mail to all registered ECF users appearing in the case on this 22nd day of February, 2010.

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl