IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30778 |
| | § | |
| ORGANIC FUELS LTD, | § | |
| | § | (Involuntary Chapter 7) |
| Debtor. | § | |

## NOTICE OF TRIAL SETTING ON
## INVOLUNTARY PETITION OF ORGANIC FUELS LTD.

**PLEASE TAKE NOTICE** that trial on the Involuntary Petition of Organic Fuels, Ltd. will be held on Tuesday, March 9, 2010 at 2:30 P.M., before the Honorable Letitia Z. Paul, Courtroom 401, 4th Floor, 515 Rusk, Houston TX 77002.

Dated: February 24, 2010

Respectfully submitted,

**HAYNES AND BOONE, LLP**

   /s/ Patrick L. Hughes
Patrick L. Hughes
Texas Bar No. 10227300
Francisco Rivero
Texas Bar No. 24046725
Kelli M. Stephenson
Texas Bar No. 24070678
1221 McKinney, Suite 2100
Houston, Texas  77010
Telephone (713) 547-2000
Facsimile (713) 547-2600

COUNSEL FOR PETITIONING CREDITORS

H-777261.1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served upon those individuals or entities appearing on the attached Service List via first class United States Mail, postage prepaid and properly addressed, and/or via the Court's ECF electronic filing system on this 24th day of February, 2010.

/s/ Patrick L. Hughes
Patrick L. Hughes

## SERVICE LIST

Organic Fuels Ltd.
P.O. Box 25351
Houston, TX 77265

Organic Fuels Ltd.
1616 South Voss, Suite 350
Houston, TX 77057

Joshua W. Wolfshohl
Porter & Hedges, LLP
1000 Main, Suite 3600
Houston TX  77002-6336

Capitol Corporate Services, Inc.
Registered Agent for: Organic Fuels Ltd.
800 Brazos, Suite 400
Austin, TX 78701

Hoyt Thomas
Chief Operating Officer, Organic Fuels Ltd.
P.O. Box 25351
Houston, TX 77265
hthomas@organicfuels.com

Organic Fuels GP, LLC
1616 South Voss, Suite 350
Houston, TX 77057

Capitol Corporate Services, Inc.
Registered Agent for: Organic
   Fuels GP, LLC
800 Brazos, Suite 400
Austin, TX 78701

Neal E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Diane Livingstone
U.S. Trustee
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Vopak Terminal Deer Park, Inc.
Attn: Lawrence Waldron
2759 Independence Parkway South
Deer Park, TX 77536

Vopak Terminal Galena Park, Inc.
Attn: Michael Newton
1500 Clinton Drive
Galena Park, TX 77547

Lou Ann Flanz
Vopak North America, Inc.
2000 West Loop South, Suite 2200
Houston, TX 77027

Tankco Services of Texas Corp.
Attn: Thomas Bayham
365 Canal Street, Suite 2500
New Orleans, LA 70130

Bay Area Industrial Contractors Ltd.
Attn: Clint Partridge
1606 Sens Road
La Porte, TX 77571

Neal Construction Company, Inc.
Attn: Boyd Neal
2451 CR 605
Dayton, TX 77535

BNSF Railway Company
Attn:  Quincy Chumley
3001 Lou Menk Drive
Forth Worth ,TX  76131

Harris County
c/o John P. Dillman
Linebarger Goggan Blair
   & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Ritchie Capital
c/o Christopher Callens
Skadden, Arps, Slate,
   Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX  77002-5026

Arthur A. Steier
SCHUMANN / STEIER, INC.
2525 Ponce de Leon Blvd., Suite 650
Coral Gables, FL 33134