**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on the 5th day of March, 2010 to all parties listed on the attached Service List by first class United States Mail, postage prepaid and properly addressed and by electronic transmission to all registered ECF users appearing in the case.

                                      /s/ Patrick L. Hughes
                                      Patrick L. Hughes

**SERVICE LIST**

Organic Fuels Ltd.
P.O. Box 25351
Houston, TX 77265

Joshua W. Wolfshohl
Porter & Hedges, LLP
1000 Main, Suite 3600
Houston, TX  77002-6336

Organic Fuels Ltd.
1616 South Voss, Suite 350
Houston, TX 77057

Capitol Corporate Services, Inc.
Registered Agent for: Organic Fuels Ltd.
800 Brazos, Suite 400
Austin, TX 78701

Hoyt Thomas
Chief Operating Officer, Organic Fuels Ltd.
P.O. Box 25351
Houston, TX 77265
hthomas@organicfuels.com

Organic Fuels GP, LLC
1616 South Voss, Suite 350
Houston, TX 77057

Capitol Corporate Services, Inc.
Registered Agent for: Organic Fuels GP, LLC
800 Brazos, Suite 400
Austin, TX 78701

Neal E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Diane Livingstone
U.S. Trustee
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Vopak Terminal Deer Park, Inc.
Attn: Lawrence Waldron
2759 Independence Parkway South
Deer Park, TX 77536

Vopak Terminal Galena Park, Inc.
Attn: Michael Newton
1500 Clinton Drive
Galena Park, TX 77547

Lou Ann Flanz
Vopak North America, Inc.
2000 West Loop South, Suite 2200
Houston, TX 77027

Tankco Services of Texas Corp.
Attn: Thomas Bayham
365 Canal Street, Suite 2500
New Orleans, LA 70130

Bay Area Industrial Contractors Ltd.
Attn: Clint Partridge
1606 Sens Road
La Porte, TX 77571

Neal Construction Company, Inc.
Attn: Boyd Neal
2451 CR 605
Dayton, TX 77535

Harris County
c/o John P. Dillman
Linebarger Goggan Blair
  & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

BNSF Railway Company
ATTN: Quincy Chumley
3001 Lou Menk Drive
Fort Worth, TX 76131

Ritchie Capital
c/o Christopher Callens
Skadden, Arps, Slate,
  Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX  77002-5026