# Exhibit A

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ahe100 | Ahern Rentals, Inc | 7287354-002 | 7/29/09 | 8/28/09 | 157 | | | | 3,155.57 | 3,155.57 | |
| Ahe100 | Ahern Rentals, Inc | 7287354-002A | 10/1/09 | 10/31/09 | 93 | | | | 126.90 | 126.90 | |
| **Ahe100** | **Ahern Rentals, Inc** | | | | | | | | **3,282.47** | **3,282.47** | |
| AIR100 | Air Liquide America L.P. | 33785464 | 6/19/09 | 7/19/09 | 197 | | | | 225.72 | 225.72 | |
| AIR100 | Air Liquide America L.P. | 33995295 | 6/30/09 | 7/30/09 | 186 | | | | 196.40 | 196.40 | |
| AIR100 | Air Liquide America L.P. | 34314839 | 7/31/09 | 8/30/09 | 155 | | | | 230.06 | 230.06 | |
| AIR100 | Air Liquide America L.P. | 34621785 | 8/31/09 | 9/30/09 | 124 | | | | 230.06 | 230.06 | |
| AIR100 | Air Liquide America L.P. | 34949402 | 10/1/09 | 10/31/09 | 93 | | | | 148.88 | 148.88 | Disputed |
| AIR100 | Air Liquide America L.P. | 35588124 | 1/1/10 | 1/31/10 | 1 | 64.40 | | | | 64.40 | Disputed |
| AIR100 | Air Liquide America L.P. | 35892357 | 1/1/10 | 1/31/10 | 1 | 66.38 | | | | 66.38 | Disputed |
| **AIR100** | **Air Liquide America L.P.** | | | | | **130.78** | | | **1,031.12** | **1,161.90** | |
| ALL100 | Allied Waste Services #855 | 0855-000256467 | 7/28/09 | 8/17/09 | 168 | | | | 249.85 | 249.85 | |
| ALL100 | Allied Waste Services #855 | 0855-000254447 | 9/1/09 | 9/21/09 | 133 | | | | 244.63 | 244.63 | |
| ALL100 | Allied Waste Services #855 | 0855-000273243 | 9/1/09 | 9/21/09 | 133 | | | | 92.37 | 92.37 | |
| **ALL100** | **Allied Waste Services #855** | | | | | | | | **586.85** | **586.85** | |
| AQU100 | Aqua Solutions, Inc. | 252957 | 7/15/09 | 8/14/09 | 171 | | | | 207.02 | 207.02 | |
| **AQU100** | **Aqua Solutions, Inc.** | | | | | | | | **207.02** | **207.02** | |
| ARG100 | Argo International Corp. | SI-72934 | 12/31/09 | 1/30/10 | 2 | 6,034.88 | | | | 6,034.88 | Disputed |
| **ARG100** | **Argo International Corp.** | | | | | **6,034.88** | | | | **6,034.88** | |
| AT&100 | AT&T Mobility | X08272009 | 8/19/09 | 9/18/09 | 136 | | | | 109.27 | 109.27 | |
| **AT&100** | **AT&T Mobility** | | | | | | | | **109.27** | **109.27** | |
| BAY100 | Bay Area Industrial Contract | 9-02-org1-11 | 5/19/09 | 6/18/09 | 228 | | | | 44,182.00 | 44,182.00 | |
| BAY100 | Bay Area Industrial Contract | 9-02-ORG1-26 | 7/10/09 | 8/9/09 | 176 | | | | 4,400.00 | 4,400.00 | |
| BAY100 | Bay Area Industrial Contract | 9-02-ORG1-27 | 7/16/09 | 8/15/09 | 170 | | | | 18,397.50 | 18,397.50 | |
| BAY100 | Bay Area Industrial Contract | 9-02-ORG1-28 | 7/16/09 | 8/15/09 | 170 | | | | 1,799.50 | 1,799.50 | |
| BAY100 | Bay Area Industrial Contract | 9-02-ORG1-29 | 7/28/09 | 8/27/09 | 158 | | | | 637.00 | 637.00 | |
| **BAY100** | **Bay Area Industrial Contra** | | | | | | | | **69,416.00** | **69,416.00** | |
| BEA101 | Bealine Service Company, In | 0154505 | 9/1/09 | 10/1/09 | 123 | | | | 580.13 | 580.13 | |
| BEA101 | Bealine Service Company, In | 9217 | 9/1/09 | 10/1/09 | 123 | | | | 3,400.38 | 3,400.38 | |
| **BEA101** | **Bealine Service Company,** | | | | | | | | **3,980.51** | **3,980.51** | |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| BNS100 | BNSF Railway Company | 073003235 | 6/28/09 | 7/13/09 | 203 | | | | 305.00 | 305.00 |
| BNS100 | BNSF Railway Company | 073003197 | 6/28/09 | 7/13/09 | 203 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073003245 | 6/28/09 | 7/13/09 | 203 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073003194.1 | 7/1/09 | 7/16/09 | 200 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 072143955 | 7/1/09 | 7/16/09 | 200 | | | | 4,294.40 | 4,294.40 |
| BNS100 | BNSF Railway Company | 072143956 | 7/1/09 | 7/16/09 | 200 | | | | 4,294.40 | 4,294.40 |
| BNS100 | BNSF Railway Company | 072143957 | 7/1/09 | 7/16/09 | 200 | | | | 4,294.40 | 4,294.40 |
| BNS100 | BNSF Railway Company | 072144005 | 7/1/09 | 7/16/09 | 200 | | | | 4,294.40 | 4,294.40 |
| BNS100 | BNSF Railway Company | 072546594 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072546617 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072546619 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072546693 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072552489 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072552473 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072552501 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072552503 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 072659463 | 7/1/09 | 7/16/09 | 200 | | | | 4,273.20 | 4,273.20 |
| BNS100 | BNSF Railway Company | 073083643 | 7/4/09 | 7/19/09 | 197 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073083630 | 7/4/09 | 7/19/09 | 197 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073095847 | 7/5/09 | 7/20/09 | 196 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073095826 | 7/5/09 | 7/20/09 | 196 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073095851 | 7/5/09 | 7/20/09 | 196 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073186433 | 7/13/09 | 7/28/09 | 188 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 073186438 | 7/13/09 | 7/28/09 | 188 | | | | 4,305.00 | 4,305.00 |
| BNS100 | BNSF Railway Company | 787373090 | 7/16/09 | 7/31/09 | 185 | | | | 200.00 | 200.00 |
| BNS100 | BNSF Railway Company | 809070292 | 7/16/09 | 7/31/09 | 185 | | | | 709.73 | 709.73 |
| BNS100 | BNSF Railway Company | 073281302 | 7/20/09 | 8/4/09 | 181 | | | | 4,305.00 | 4,305.00 |
| **BNS100** | **BNSF Railway Company** | | | | | | | | **104,206.13** | **104,206.13** |
| BSI100 | INSPECTORATE INSPECT | 532012691 | 7/6/09 | 7/6/09 | 210 | | | | 769.07 | 769.07 |
| BSI100 | INSPECTORATE INSPECT | 009031367 | 8/4/09 | 8/4/09 | 181 | | | | 1,093.75 | 1,093.75 |
| BSI100 | INSPECTORATE INSPECT | 532012864 | 8/5/09 | 8/5/09 | 180 | | | | 1,330.05 | 1,330.05 |
| BSI100 | INSPECTORATE INSPECT | 532013007 | 9/3/09 | 9/3/09 | 151 | | | | 246.00 | 246.00 |
| **BSI100** | **INSPECTORATE INSPECT** | | | | | | | | **3,438.87** | **3,438.87** |
| CAM100 | Camin Cargo Control | 186276 | 6/7/09 | 7/7/09 | 209 | | | | 1,500.00 | 1,500.00 |
| CAM100 | Camin Cargo Control | 181993 | 8/1/09 | 8/31/09 | 154 | | | | 1,605.00 | 1,605.00 |
| **CAM100** | **Camin Cargo Control** | | | | | | | | **3,105.00** | **3,105.00** |
| CAR101 | Carquest Auto Parts Stores | 8031-ID-80662 | 6/1/09 | 7/1/09 | 215 | | | | 34.60 | 34.60 |
| CAR101 | Carquest Auto Parts Stores | 8031-ID-79726 | 7/1/09 | 7/31/09 | 185 | | | | 285.08 | 285.08 |
| CAR101 | Carquest Auto Parts Stores | 8031-ID-80449 | 7/1/09 | 7/31/09 | 185 | | | | 21.09 | 21.09 |
| **CAR101** | **Carquest Auto Parts Store** | | | | | | | | **340.77** | **340.77** |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHE100 | CHEMICAL ABSTRACT SE | 90569817 | 9/1/09 | 10/1/09 | 123 | | | | 48.70 | 48.70 | Disputed |
| **CHE100** | **CHEMICAL ABSTRACT SE** | | | | | | | | **48.70** | **48.70** | |
| CLE100 | Clean Fuels Clearinghouse | 21311 | 8/6/09 | 9/5/09 | 149 | | | | 5,273.67 | 5,273.67 | |
| CLE100 | Clean Fuels Clearinghouse | 21365 | 8/17/09 | 9/16/09 | 138 | | | | 895.91 | 895.91 | |
| CLE100 | Clean Fuels Clearinghouse | 21524 | 10/1/09 | 10/31/09 | 93 | | | | 220.95 | 220.95 | |
| CLE100 | Clean Fuels Clearinghouse | 21492 | 10/1/09 | 10/31/09 | 93 | | | | 255.62 | 255.62 | |
| CLE100 | Clean Fuels Clearinghouse | 21630 | 10/22/09 | 11/21/09 | 72 | | | 1,350.00 | | 1,350.00 | |
| **CLE100** | **Clean Fuels Clearinghouse** | | | | | | | **1,350.00** | **6,646.15** | **7,996.15** | |
| COA100 | Coast to Coast Industrial Se | 58-09 | 7/31/09 | 8/30/09 | 155 | | | | 2,414.50 | 2,414.50 | |
| **COA100** | **Coast to Coast Industrial S** | | | | | | | | **2,414.50** | **2,414.50** | |
| COS100 | Cosmic Air Conditioning & H | 2206 | 7/3/09 | 8/2/09 | 183 | | | | 676.81 | 676.81 | |
| **COS100** | **Cosmic Air Conditioning &** | | | | | | | | **676.81** | **676.81** | |
| DEE100 | Kinder Morgan Operating LF | 100907154 | 7/18/09 | 8/17/09 | 168 | | | | 2,801.60 | 2,801.60 | |
| DEE100 | Kinder Morgan Operating LF | 100907182 | 7/18/09 | 8/17/09 | 168 | | | | 2,595.60 | 2,595.60 | |
| DEE100 | Kinder Morgan Operating LF | 100910554 | 7/29/09 | 8/28/09 | 157 | | | | 2,595.60 | 2,595.60 | |
| DEE100 | Kinder Morgan Operating LF | 100916192 | 7/30/09 | 8/29/09 | 156 | | | | 2,616.20 | 2,616.20 | Disputed |
| DEE100 | Kinder Morgan Operating LF | 100916218 | 7/30/09 | 8/29/09 | 156 | | | | 2,224.80 | 2,224.80 | Disputed |
| DEE100 | Kinder Morgan Operating LF | 100200908 | 8/11/09 | 9/10/09 | 144 | | | | 2,595.00 | 2,595.00 | Disputed |
| **DEE100** | **Kinder Morgan Operating I** | | | | | | | | **15,428.80** | **15,428.80** | |
| dyn101 | Dynamic Rental Systems | 0035640-IN | 6/29/09 | 7/29/09 | 187 | | | | 388.80 | 388.80 | |
| dyn101 | Dynamic Rental Systems | 0035639-IN | 6/29/09 | 7/29/09 | 187 | | | | 361.50 | 361.50 | |
| dyn101 | Dynamic Rental Systems | 0035638-IN | 6/29/09 | 7/29/09 | 187 | | | | 6,426.01 | 6,426.01 | |
| dyn101 | Dynamic Rental Systems | 0035637-IN | 6/29/09 | 7/29/09 | 187 | | | | 413.10 | 413.10 | |
| dyn101 | Dynamic Rental Systems | 0035683-IN | 6/30/09 | 7/30/09 | 186 | | | | 388.80 | 388.80 | |
| dyn101 | Dynamic Rental Systems | 0035685-IN | 6/30/09 | 7/30/09 | 186 | | | | 291.61 | 291.61 | |
| dyn101 | Dynamic Rental Systems | 0035329-IN | 6/30/09 | 7/30/09 | 186 | | | | 203.84 | 203.84 | |
| dyn101 | Dynamic Rental Systems | 0035381-IN | 6/30/09 | 7/30/09 | 186 | | | | 187.50 | 187.50 | |
| dyn101 | Dynamic Rental Systems | 0036734-IN | 8/1/09 | 8/31/09 | 154 | | | | 20,078.70 | 20,078.70 | |
| dyn101 | Dynamic Rental Systems | 0036735-IN | 8/1/09 | 8/31/09 | 154 | | | | 2,687.40 | 2,687.40 | |
| dyn101 | Dynamic Rental Systems | 0036788-IN | 8/1/09 | 8/20/09 | 165 | | | | 7,938.01 | 7,938.01 | |
| dyn101 | Dynamic Rental Systems | 0035088-IN | 8/20/09 | 9/19/09 | 135 | | | | 295.65 | 295.65 | |
| dyn101 | Dynamic Rental Systems | 0035087-IN | 8/20/09 | 8/20/09 | 165 | | | | 263.25 | 263.25 | |
| dyn101 | Dynamic Rental Systems | 0038055-IN | 10/1/09 | 10/31/09 | 93 | | | | 2,486.70 | 2,486.70 | |
| **dyn101** | **Dynamic Rental Systems** | | | | | | | | **42,410.87** | **42,410.87** | |
| FIR100 | First Materials & Technology | 14637 | 6/19/09 | 7/19/09 | 197 | | | | 2,014.37 | 2,014.37 | |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| FIR100 | First Materials & Technology | 14646 | 6/25/09 | 7/25/09 | 191 | | | | 6,043.11 | 6,043.11 |
| FIR100 | First Materials & Technology | 14658 | 7/8/09 | 8/7/09 | 178 | | | | 4,748.71 | 4,748.71 |
| **FIR100** | **First Materials & Technolo** | | | | | | | | **12,806.19** | **12,806.19** |
| fro100 | Frost National Bank | 07-2009-001-0560 | 7/16/09 | 8/15/09 | 170 | | | | 400.19 | 400.19 |
| **fro100** | **Frost National Bank** | | | | | | | | **400.19** | **400.19** |
| GOO101 | Goodgames Industrial Soluti | GIS2523 | 6/29/09 | 7/29/09 | 187 | | | | 2,674.78 | 2,674.78 |
| GOO101 | Goodgames Industrial Soluti | GIS2538 | 7/6/09 | 8/5/09 | 180 | | | | 14,576.04 | 14,576.04 |
| GOO101 | Goodgames Industrial Soluti | GIS2540 | 7/7/09 | 8/6/09 | 179 | | | | 11,126.40 | 11,126.40 |
| GOO101 | Goodgames Industrial Soluti | GIS2541 | 7/8/09 | 8/7/09 | 178 | | | | 11,892.69 | 11,892.69 |
| GOO101 | Goodgames Industrial Soluti | GIS2559 | 7/27/09 | 8/26/09 | 159 | | | | 1,482.00 | 1,482.00 |
| GOO101 | Goodgames Industrial Soluti | GIS2561 | 7/27/09 | 8/26/09 | 159 | | | | 5,157.30 | 5,157.30 |
| GOO101 | Goodgames Industrial Soluti | GIS2573 | 8/11/09 | 9/10/09 | 144 | | | | 4,730.00 | 4,730.00 |
| GOO101 | Goodgames Industrial Soluti | GIS2574 | 8/11/09 | 9/10/09 | 144 | | | | 2,712.19 | 2,712.19 |
| GOO101 | Goodgames Industrial Soluti | GIS2587 | 8/24/09 | 9/23/09 | 131 | | | | 2,666.25 | 2,666.25 |
| **GOO101** | **Goodgames Industrial Solu** | | | | | | | | **57,017.65** | **57,017.65** |
| GRA100 | Grainger | 9024915242 | 6/30/09 | 7/30/09 | 186 | | | | 277.95 | 277.95 |
| GRA100 | Grainger | 9035839514 | 7/16/09 | 8/15/09 | 170 | | | | 254.93 | 254.93 |
| GRA100 | Grainger | 9042393448 | 7/28/09 | 8/27/09 | 158 | | | | 190.05 | 190.05 |
| **GRA100** | **Grainger** | | | | | | | | **722.93** | **722.93** |
| gul101 | Gulf Coast Vaccum Service, | 108132 | 6/29/09 | 7/29/09 | 187 | | | | 690.20 | 690.20 |
| gul101 | Gulf Coast Vaccum Service, | 108154 | 7/1/09 | 7/31/09 | 185 | | | | 771.09 | 771.09 |
| gul101 | Gulf Coast Vaccum Service, | 108210 | 7/8/09 | 8/7/09 | 178 | | | | 832.29 | 832.29 |
| gul101 | Gulf Coast Vaccum Service, | 108233 | 7/10/09 | 8/9/09 | 176 | | | | 1,085.52 | 1,085.52 |
| gul101 | Gulf Coast Vaccum Service, | 108264 | 7/14/09 | 8/13/09 | 172 | | | | 933.80 | 933.80 |
| gul101 | Gulf Coast Vaccum Service, | 108286 | 7/15/09 | 8/14/09 | 171 | | | | 860.22 | 860.22 |
| gul101 | Gulf Coast Vaccum Service, | 108369 | 7/23/09 | 8/22/09 | 163 | | | | 933.80 | 933.80 |
| gul101 | Gulf Coast Vaccum Service, | 108357 | 7/23/09 | 8/22/09 | 163 | | | | 730.80 | 730.80 |
| gul101 | Gulf Coast Vaccum Service, | 108493 | 8/6/09 | 9/5/09 | 149 | | | | 893.20 | 893.20 |
| gul101 | Gulf Coast Vaccum Service, | 108506 | 8/7/09 | 9/6/09 | 148 | | | | 345.09 | 345.09 |
| **gul101** | **Gulf Coast Vaccum Servic** | | | | | | | | **8,076.01** | **8,076.01** |
| HAV100 | Havard Welding Supply Co., | R07090127 | 8/1/09 | 8/31/09 | 154 | | | | 10.00 | 10.00 |
| **HAV100** | **Havard Welding Supply Co** | | | | | | | | **10.00** | **10.00** |
| HMT100 | HMT Inc. | 024832 | 9/1/09 | 10/1/09 | 123 | | | | 1,089.25 | 1,089.25 |
| **HMT100** | **HMT Inc.** | | | | | | | | **1,089.25** | **1,089.25** |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INT101 | TCI BUSINESS CAPITAL, I | 53389 | 6/29/09 | 7/29/09 | 187 | | | | 420.73 | 420.73 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53390 | 6/29/09 | 7/29/09 | 187 | | | | 406.98 | 406.98 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53391 | 6/30/09 | 7/30/09 | 186 | | | | 867.10 | 867.10 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53439 | 6/30/09 | 7/30/09 | 186 | | | | 982.00 | 982.00 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53392 | 6/30/09 | 7/30/09 | 186 | | | | 744.23 | 744.23 | |
| INT101 | TCI BUSINESS CAPITAL, I | 52741 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 52742 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53050 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53051 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53295 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53296 | 7/1/09 | 7/31/09 | 185 | | | | 397.85 | 397.85 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53379 | 7/1/09 | 7/31/09 | 185 | | | | 408.80 | 408.80 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53380 | 7/1/09 | 7/31/09 | 185 | | | | 408.80 | 408.80 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53381 | 7/1/09 | 7/31/09 | 185 | | | | 408.80 | 408.80 | |
| INT101 | TCI BUSINESS CAPITAL, I | 53382 | 7/1/09 | 7/31/09 | 185 | | | | 408.80 | 408.80 | |
| **INT101** | **TCI BUSINESS CAPITAL, I** | | | | | | | | **7,443.34** | **7,443.34** | |
| k-3100 | K-3 Resources LP | 69986 | 7/1/09 | 7/31/09 | 185 | | | | 400.00 | 400.00 | |
| k-3100 | K-3 Resources LP | 70754 | 8/1/09 | 8/31/09 | 154 | | | | 2,447.81 | 2,447.81 | |
| **k-3100** | **K-3 Resources LP** | | | | | | | | **2,847.81** | **2,847.81** | |
| LIG100 | Lighthouse Environmental S | 30150126. | 6/15/09 | 6/15/09 | 231 | | | | 10,624.30 | 10,624.30 | |
| LIG100 | Lighthouse Environmental S | 30150148 | 6/23/09 | 7/23/09 | 193 | | | | 3,355.10 | 3,355.10 | |
| **LIG100** | **Lighthouse Environmental** | | | | | | | | **13,979.40** | **13,979.40** | |
| LIN100 | Linden Bulk Transportation S | 421353A | 7/7/09 | 8/6/09 | 179 | | | | 301.14 | 301.14 | |
| LIN100 | Linden Bulk Transportation S | 423533A | 7/14/09 | 8/13/09 | 172 | | | | 335.82 | 335.82 | |
| **LIN100** | **Linden Bulk Transportation** | | | | | | | | **636.96** | **636.96** | |
| MET101 | METCO Environmental, Inc. | 12858 | 6/1/09 | 7/1/09 | 215 | | | | 4,944.74 | 4,944.74 | Disputed |
| **MET101** | **METCO Environmental, Inc** | | | | | | | | **4,944.74** | **4,944.74** | |
| MOB100 | Mobile Modular Managemen | 30013593 | 8/1/09 | 8/1/09 | 184 | | | | 1,892.23 | 1,892.23 | |
| MOB100 | Mobile Modular Managemen | 30015342 | 9/14/09 | 9/14/09 | 140 | | | | 1,949.58 | 1,949.58 | |
| MOB100 | Mobile Modular Managemen | 30016050 | 9/30/09 | 9/30/09 | 124 | | | | 1,949.58 | 1,949.58 | |
| MOB100 | Mobile Modular Managemen | 30017240 | 11/1/09 | 11/1/09 | 92 | | | | 1,949.58 | 1,949.58 | |
| MOB100 | Mobile Modular Managemen | 30018326 | 11/23/09 | 11/23/09 | 70 | | | 1,949.58 | | 1,949.58 | |
| **MOB100** | **Mobile Modular Manageme** | | | | | | | **1,949.58** | **7,740.97** | **9,690.55** | |
| NAT100 | NATIONAL BIODIESEL BO/ | 10995 | 9/1/09 | 10/1/09 | 123 | | | | 5,000.00 | 5,000.00 | Disputed |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAT100** | **NATIONAL BIODIESEL BO** | | | | | | | | 5,000.00 | 5,000.00 | |
| NEA100 | Neal Construction Company | 6041 | 6/1/09 | 7/1/09 | 215 | | | | 10,400.82 | 10,400.82 | |
| NEA100 | Neal Construction Company | 6772 | 6/23/09 | 7/23/09 | 193 | | | | 9,724.86 | 9,724.86 | |
| NEA100 | Neal Construction Company | 6778 | 6/23/09 | 7/23/09 | 193 | | | | 10,678.79 | 10,678.79 | |
| **NEA100** | **Neal Construction Compar** | | | | | | | | 30,804.47 | 30,804.47 | |
| per101 | Perin Resources | 908035 | 10/1/09 | 10/31/09 | 93 | | | | 160.00 | 160.00 | Disputed |
| **per101** | **Perin Resources** | | | | | | | | 160.00 | 160.00 | |
| PIP100 | Piping & Equipment, Inc. | 2523984-00 | 6/12/09 | 7/12/09 | 204 | | | | 575.84 | 575.84 | |
| **PIP100** | **Piping & Equipment, Inc.** | | | | | | | | 575.84 | 575.84 | |
| RAI103 | Rain For Rent Houston | 017034356 | 6/25/09 | 7/25/09 | 191 | | | | 1,011.00 | 1,011.00 | |
| RAI103 | Rain For Rent Houston | 017034364 | 6/26/09 | 7/26/09 | 190 | | | | 640.85 | 640.85 | |
| RAI103 | Rain For Rent Houston | 017034497 | 6/30/09 | 7/30/09 | 186 | | | | 54.48 | 54.48 | |
| RAI103 | Rain For Rent Houston | 017032962-A | 7/1/09 | 7/31/09 | 185 | | | | 2,519.00 | 2,519.00 | |
| RAI103 | Rain For Rent Houston | 017034668 | 7/16/09 | 8/15/09 | 170 | | | | 804.38 | 804.38 | |
| RAI103 | Rain For Rent Houston | 017034740 | 7/22/09 | 8/21/09 | 164 | | | | 1,136.64 | 1,136.64 | |
| RAI103 | Rain For Rent Houston | 017034888 | 7/31/09 | 8/30/09 | 155 | | | | 117.21 | 117.21 | |
| RAI103 | Rain For Rent Houston | 017034988 | 8/11/09 | 9/10/09 | 144 | | | | 1,463.96 | 1,463.96 | |
| RAI103 | Rain For Rent Houston | 017035041 | 8/13/09 | 9/12/09 | 142 | | | | 128.70 | 128.70 | |
| RAI103 | Rain For Rent Houston | 017035255 | 8/31/09 | 9/30/09 | 124 | | | | 160.20 | 160.20 | |
| RAI103 | Rain For Rent Houston | 017034364A | 9/1/09 | 10/1/09 | 123 | | | | 46.46 | 46.46 | |
| RAI103 | Rain For Rent Houston | 017034611 | 9/1/09 | 10/1/09 | 123 | | | | 924.60 | 924.60 | |
| RAI103 | Rain For Rent Houston | 017034356A | 9/1/09 | 10/1/09 | 123 | | | | 0.41 | 0.41 | |
| RAI103 | Rain For Rent Houston | 017035594 | 9/30/09 | 10/30/09 | 94 | | | | 130.15 | 130.15 | |
| RAI103 | Rain For Rent Houston | 017036023 | 11/1/09 | 12/1/09 | 62 | | | 130.15 | | 130.15 | |
| **RAI103** | **Rain For Rent Houston** | | | | | | | 130.15 | 9,138.04 | 9,268.19 | |
| RED100 | Red's Safe and Lock Service | TR-41757 | 6/15/09 | 7/15/09 | 201 | | | | 1.73 | 1.73 | |
| RED100 | Red's Safe and Lock Service | TR-46080 | 6/30/09 | 7/30/09 | 186 | | | | 149.67 | 149.67 | |
| **RED100** | **Red's Safe and Lock Servi** | | | | | | | | 151.40 | 151.40 | |
| REL100 | Reliant Energy | 082109 | 8/21/09 | 9/7/09 | 147 | | | | 387.24 | 387.24 | |
| REL100 | Reliant Energy | 090922 | 9/22/09 | 10/9/09 | 115 | | | | 368.82 | 368.82 | |
| REL100 | Reliant Energy | Late fees | 1/1/10 | 1/18/10 | 14 | 13.10 | | | | 13.10 | |
| REL100 | Reliant Energy | Late fees 2 | 1/14/10 | 1/31/10 | 1 | 6.02 | | | | 6.02 | |
| **REL100** | **Reliant Energy** | | | | | 19.12 | | | 756.06 | 775.18 | |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| RIT100 | Rite-Way Janitorial Service, | 25826 | 7/7/09 | 8/6/09 | 179 | | | | 187.69 | 187.69 |
| RIT100 | Rite-Way Janitorial Service, | 26045 | 8/7/09 | 9/6/09 | 148 | | | | 187.69 | 187.69 |
| **RIT100** | **Rite-Way Janitorial Service** | | | | | | | | **375.38** | **375.38** |
| SEA100 | Seal Solutions of Texas, Inc. | 6918.1 | 8/1/09 | 8/31/09 | 154 | | | | 2,064.79 | 2,064.79 |
| **SEA100** | **Seal Solutions of Texas, In** | | | | | | | | **2,064.79** | **2,064.79** |
| STA101 | Starsupply Renewables S.A. | 2090307 | 6/1/09 | 7/1/09 | 215 | | | | 10,000.00 | 10,000.00 |
| **STA101** | **Starsupply Renewables S.** | | | | | | | | **10,000.00** | **10,000.00** |
| TAN100 | Tankco Services of Texas C | 090960450 | 6/30/09 | 7/30/09 | 186 | | | | 6,350.00 | 6,350.00 |
| TAN100 | Tankco Services of Texas C | 090960566 | 8/24/09 | 9/23/09 | 131 | | | | 6,500.00 | 6,500.00 |
| **TAN100** | **Tankco Services of Texas** | | | | | | | | **12,850.00** | **12,850.00** |
| TMO100 | T-MOBILE | 080509 | 8/5/09 | 8/30/09 | 155 | | | | 1,761.49 | 1,761.49 |
| TMO100 | T-MOBILE | Final Invoice | 9/5/09 | 9/30/09 | 124 | | | | 2,244.87 | 2,244.87 |
| TMO100 | T-MOBILE | 091005 | 10/5/09 | 10/30/09 | 94 | | | | 42.69 | 42.69 |
| **TMO100** | **T-MOBILE** | | | | | | | | **4,049.05** | **4,049.05** |
| TRI100 | Trinity Chemical Industries | 3000008 | 12/12/09 | 12/12/09 | 51 | | 3,540.00 | | | 3,540.00 |
| TRI100 | Trinity Chemical Industries | 3000009 | 1/15/10 | 1/15/10 | 17 | 3,658.00 | | | | 3,658.00 |
| **TRI100** | **Trinity Chemical Industries** | | | | | **3,658.00** | **3,540.00** | | | **7,198.00** |
| UNI101 | Univar USA, Inc. | HS-515834 | 6/25/09 | 7/25/09 | 191 | | | | 753.00 | 753.00 |
| **UNI101** | **Univar USA, Inc.** | | | | | | | | **753.00** | **753.00** |
| UNI106 | United Equipment Rentals G | 81444364-001 | 6/7/09 | 7/7/09 | 209 | | | | 2,224.45 | 2,224.45 |
| UNI106 | United Equipment Rentals G | 82258452 | 7/6/09 | 8/5/09 | 180 | | | | 56.08 | 56.08 |
| UNI106 | United Equipment Rentals G | 99999999-001 | 10/1/09 | 10/31/09 | 93 | | | | 50.11 | 50.11 |
| UNI106 | United Equipment Rentals G | 99999999-002 | 10/1/09 | 10/31/09 | 93 | | | | 45.61 | 45.61 |
| UNI106 | United Equipment Rentals G | 99999999-003 | 10/1/09 | 10/31/09 | 93 | | | | 45.61 | 45.61 |
| UNI106 | United Equipment Rentals G | 99999999-004 | 11/1/09 | 12/1/09 | 62 | | | 45.61 | | 45.61 |
| **UNI106** | **United Equipment Rentals** | | | | | | | **45.61** | **2,421.86** | **2,467.47** |
| UTL100 | Union Tank Car Company | CS09080769 | 8/1/09 | 8/2/09 | 183 | | | | 14,900.00 | 14,900.00 |
| UTL100 | Union Tank Car Company | MB-0908 8595 | 8/1/09 | 8/2/09 | 183 | | | | 115.00 | 115.00 |
| UTL100 | Union Tank Car Company | CS09090771 | 9/1/09 | 9/2/09 | 152 | | | | 24,854.00 | 24,854.00 |
| UTL100 | Union Tank Car Company | CS09100771 | 10/1/09 | 10/2/09 | 122 | | | | 24,900.00 | 24,900.00 |

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| UTL100 | Union Tank Car Company | IN09070025 | 10/1/09 | 10/2/09 | 122 | | | | 205.15 | 205.15 |
| UTL100 | Union Tank Car Company | IN09080026 | 10/1/09 | 10/2/09 | 122 | | | | 205.43 | 205.43 |
| UTL100 | Union Tank Car Company | IN09090020 | 10/1/09 | 10/2/09 | 122 | | | | 431.79 | 431.79 |
| UTL100 | Union Tank Car Company | IN09100031 | 10/9/09 | 10/10/09 | 114 | | | | 409.01 | 409.01 |
| UTL100 | Union Tank Car Company | CS09110763 | 11/1/09 | 11/2/09 | 91 | | | | 24,900.00 | 24,900.00 |
| UTL100 | Union Tank Car Company | IN09110033 | 11/10/09 | 11/11/09 | 82 | | | 577.08 | | 577.08 |
| UTL100 | Union Tank Car Company | CS09120763 | 12/1/09 | 12/2/09 | 61 | | | 24,900.00 | | 24,900.00 |
| UTL100 | Union Tank Car Company | IN09120038 | 12/17/09 | 12/18/09 | 45 | | 801.42 | | | 801.42 |
| UTL100 | Union Tank Car Company | CS10010757 | 1/1/10 | 1/2/10 | 30 | 24,900.00 | | | | 24,900.00 |
| UTL100 | Union Tank Car Company | CS10020756 | 2/1/10 | 2/2/10 | -1 | 24,900.00 | | | | 24,900.00 |
| **UTL100** | **Union Tank Car Company** | | | | | **49,800.00** | **801.42** | **25,477.08** | **90,920.38** | **166,998.88** |
| VER100 | Verizon Wireless | 6299767075 | 8/3/09 | 8/29/09 | 156 | | | | 198.00 | 198.00 |
| VER100 | Verizon Wireless | 6313216276 | 9/4/09 | 9/30/09 | 124 | | | | 67.69 | 67.69 |
| VER100 | Verizon Wireless | Late fee | 12/1/09 | 12/27/09 | 36 | | 5.00 | | | 5.00 |
| **VER100** | **Verizon Wireless** | | | | | | **5.00** | | **265.69** | **270.69** |
| VOP100 | VOPAK LOGISTICS NORTH | 80404491 | 7/1/09 | 7/31/09 | 185 | | | | 95,167.08 | 95,167.08 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404516 | 7/25/09 | 8/24/09 | 161 | | | | 5,040.98 | 5,040.98 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404541 | 8/5/09 | 9/4/09 | 150 | | | | 1,214.75 | 1,214.75 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404567 | 8/25/09 | 9/24/09 | 130 | | | | 961.36 | 961.36 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404552 | 9/1/09 | 10/1/09 | 123 | | | | 224,182.27 | 224,182.27 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404604 | 9/15/09 | 10/15/09 | 109 | | | | 8,382.32 | 8,382.32 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404587 | 10/1/09 | 10/31/09 | 93 | | | | 222,033.66 | 222,033.66 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404656 | 10/1/09 | 10/31/09 | 93 | | | | 36,312.55 | 36,312.55 |
| VOP100 | VOPAK LOGISTICS NORTH | 80218144 | 10/1/09 | 10/31/09 | 93 | | | | 3,744.00 | 3,744.00 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404650 | 12/1/09 | 12/31/09 | 32 | | 221,883.90 | | | 221,883.90 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404701 | 12/1/09 | 12/31/09 | 32 | | 221,883.90 | | | 221,883.90 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404745 | 1/1/10 | 1/31/10 | 1 | 221,883.90 | | | | 221,883.90 |
| VOP100 | VOPAK LOGISTICS NORTH | 80404782 | 2/1/10 | 3/3/10 | -30 | 221,883.90 | | | | 221,883.90 |
| **VOP100** | **VOPAK LOGISTICS NORTH** | | | | | **443,767.80** | **443,767.80** | | **597,038.97** | **1,484,574.57** |
| WEA100 | Weaver and Tidwell, LLP | 1096319 | 7/23/09 | 8/22/09 | 163 | | | | 10,000.00 | 10,000.00 |
| **WEA100** | **Weaver and Tidwell, LLP** | | | | | | | | **10,000.00** | **10,000.00** |
| XER100 | Xerox Capital Services, LLC | 092009 | 9/20/09 | 9/20/09 | 134 | | | | 405.41 | 405.41 |
| XER100 | Xerox Capital Services, LLC | 043026553 | 10/1/09 | 10/1/09 | 123 | | | | 785.14 | 785.14 |
| XER100 | Xerox Capital Services, LLC | 043328611 | 10/20/09 | 10/20/09 | 104 | | | | 405.41 | 405.41 |
| XER100 | Xerox Capital Services, LLC | Tsfr to AMEX | 1/1/10 | 1/1/10 | 31 | | -1,595.96 | | | -1,595.96 |
| **XER100** | **Xerox Capital Services, LL** | | | | | | **-1,595.96** | | **1,595.96** | |
| **Report Total** | | | | | | **503,410.58** | **446,518.26** | **28,952.42** | **1,153,966.17** | **2,132,847.43** |

2/17/2010 at 9:18 AM                                                                                                                     Page: 8

**Organic Fuels, LTD**
**Aged Payables**
**As of Feb 1, 2010**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID | Vendor | Invoice/CM # | Date | Date Due | Age | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Additions** | Trinity Chemical January Rail Car Storage | | | | | | | | | 3,658.00 | |
| | Trinity Chemical No Activity Fee | | | | | | | | | 2,200.00 | |
| | Xerox November (May not be due) | | | | | | | | | 405.41 | |
| | Colonial AR-probably will never be contacted by Colonial for this | | | | | | | | | 38,769.09 | |
| | United Environmental-$152,811.34 claimed; Contract is for $97,000, less payments to others to finish the work | | | | | | | | | 76,188.00 | |
| | | | | | | | | | | 121,220.50 | |
| | | | | | | | | | **Subtotal-AP** | **2,254,067.93** | |
| **Additions-February** | Mobile Modular-Trailer removal fee estimated | | | | | | | | | 4,000.00 | |
| | Trinity Chemical February Rail Car Storage | | | | | | | | | 3,304.00 | |
| | Union Tank Car Finance Fees | | | | | | | | | 850.00 | |
| | | | | | | | | | | 8,154.00 | |
| | | | | | | | | | **Subtotal-AP and Feb** | **2,262,221.93** | |
| **Property Taxes** | City of Galena Park | | | | | | | | | 127,826.81 | |
| | February 28 Penalty-City of Galena Park | | | | | | | | | 8,947.88 | |
| | Galena Park ISD | | | | | | | | | 282,049.31 | |
| | February 28 Penalty-Galena Park ISD | | | | | | | | | 19,743.46 | |
| | Harris County | | | | | | | | | 144,533.33 | |
| | February 28 Penalty-Harris County | | | | | | | | | 10,116.61 | |
| | | | | | | | | | | 593,217.40 | |
| | | | | | | | | | **Subtotal-AP, February, Taxes** | **2,855,439.33** | |
| **Other items to consider** | OPIS Energy Group-Subscription cancelled; they maintain we have additional bills to pay | | | | | | | | | 779.32 | Disputed |
| | DTN: Subscription cancelled, they maintain we have to finish the payments under the contract | | | | | | | | | 2,035.16 | Disputed |
| | | | | | | | | | | 2,814.48 | |
| | 2010 Taxes, Jan and Feb (based on 2009 taxes; taxable amount may decrease after sale) | | | | | | | | | 98,869.57 | |
| | | | | | | | | | **Total** | **2,957,123.38** | |