# Exhibit B

Case 10-30778   Document 15-3   Filed in TXSB on 03/05/10   Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No.  10-30778** |
| | § | |
| **ORGANIC FUELS LTD,** | § | |
| | § | **(Involuntary Chapter 7)** |
| **Debtor.** | § | |

**ORDER FOR RELIEF**

An Order for Relief under Chapter 7 of the Code is granted.


SIGNED this _____ day of _____, 2010.


_____
THE HONORABLE LETITIA Z. PAUL,
UNITED STATES BANKRUPTCY JUDGE