

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/10/2010

IN RE: §
§
ORGANIC FUELS, LTD., § CASE NO. 10-30778-H3-7
§ (Involuntary)
Alleged Debtor. §

ORDER

1. The Order for Relief in this case is entered *by consent of parties at hearing 3/9/10.*

2. This case is converted to a case under chapter 11.

SIGNED this 9 day of Mar, 2010.

_____
THE HONORABLE LETITIA Z. PAUL,
UNITED STATES BANKRUPTCY JUDGE

1847841v1