B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    Organic Fuels, Ltd.    Case No.    10-30778
Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bay Area Industrial Contractors L.P.<br>c/o Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>713-547-2000 | Trade | | 69,416.00 |
| BNSF Railway Company<br>BNSF Freight & Misc.<br>P.O. Box 676152<br>Attn: Angela Chilcutt<br>Dallas, TX 75267-6152 | Angela Chilcutt<br>BNSF Railway Company<br>BNSF Freight & Misc.<br>P.O. Box 676152<br>Dallas, TX 75267-6152<br>817-352-4194 | Trade | | 104,206.13 |
| Colonial Oil<br>P.O. Box 576<br>Savannah, GA 31402 | Tim Conklin<br>Colonial Oil<br>P.O. Box 576<br>Savannah, GA 31402<br>832-476-3014 | Trade | Disputed | 38,769.09 |
| Dynamic Rental Systems<br>c/o Gregg & Gregg PC<br>16055 Space Center Bl., Suite 150<br>Houston, TX 77062 | Brenda Cart<br>Dynamic Rental Systems<br>c/o Gregg & Gregg PC<br>16055 Space Center Bl., Suite 150<br>Houston, TX 77062<br>281-956-5624 | Trade/Lawsuit | Disputed | 36,856.62 |
| First Materials & Technology, Inc.<br>P.O. Box 831<br>Cameron, TX 76520 | Shirley Miller, President<br>First Materials & Technology, Inc.<br>P.O. Box 831<br>Cameron, TX 76520<br>254-697-3131 | Trade | | 12,806.19 |
| Glocon, Inc.<br>600 Parsippany Road<br>Parsippany, NJ 07054 | Argen Agarwall<br>Glocon, Inc.<br>600 Parsippany Road<br>Parsippany, NJ 07054<br>973-463-7300 Ext. 304 | Trade | | 17,470.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Organic Fuels, Ltd.                                      Case No.  10-30778
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Goodgames Industrial Solutions, LLC<br>P.O. Drawer L<br>Dickinson, TX 77539 | Van Goodgames<br>Goodgames Industrial Solutions, LLC<br>P.O. Drawer L<br>Dickinson, TX 77539<br>281-337-7323 | Trade; Standstill Agreement. | | 57,017.65 |
| Gulf Coast Vacuum Service, Inc.<br>4901 Shank Rd.<br>Pearland, TX 77581 | Carolyn Smith<br>Gulf Coast Vacuum Service, Inc.<br>4901 Shank Rd.<br>Pearland, TX 77581<br>281-997-6969 | Trade | | 8,076.01 |
| Kinder Morgan Operating LP "C"<br>Dept. 3003<br>Dallas, TX 75320-1607 | Liz Melgar<br>Kinder Morgan Operating LP "C"<br>Dept. 3003<br>Dallas, TX 75320-1607<br>713-450-0404 | Trade | Disputed | 15,428.80 |
| Lighthouse Environmental Services, Inc.<br>4222 Pasadena Blvd.<br>Pasadena, TX 77503 | Drew Lowe<br>Lighthouse Environmental Services, Inc.<br>4222 Pasadena Blvd.<br>Pasadena, TX 77503<br>281-476-0030 | Trade | | 13,979.40 |
| Mobile Modular Management Corp.<br>P.O. Box 45043<br>San Francisco, CA 94145-0043 | Kathy Roque<br>Mobile Modular Management Corp.<br>P.O. Box 45043<br>San Francisco, CA 94145-0043<br>925-453-3308 | Rent for leased trailers. | Disputed | 9,499.60 |
| Neal Construction Company, Inc.<br>c/o Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>713-547-2000 | Trade | | 30,804.47 |
| Rain for Rent Houston<br>FILE52541<br>Los Angeles, CA 90074-2541 | Pete Thomas<br>Rain for Rent Houston<br>FILE52541<br>Los Angeles, CA 90074-2541<br>661-387-6197 | Trade | | 9,268.19 |
| Rhone Clean Tech I, L.P.<br>120 North Hale Street, Suite 300<br>Attn: Legal Department<br>Wheaton, IL 60187 | Judi Wendt<br>Rhone Clean Tech I, L.P.<br>120 North Hale Street, Suite 300<br>Attn: Legal Department<br>Wheaton, IL 60187<br>630-315-5777 | Trade | | 40,470.00 |
| Starsupply Renewables S.A.<br>les Hauts De StJohn<br>Avenue de Perdtemps 17<br>CH1260 NYON | David Haigh<br>Starsupply Renewables S.A.<br>les Hauts De StJohn<br>Avenue de Perdtemps 17<br>CH1260 NYON<br>41 22 365 55 08 | Trade | | 10,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Organic Fuels, Ltd.
                    Debtor(s)

Case No.   10-30778

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tankco Services of Texas Corp. c/o Patrick L. Hughes Haynes and Boone, LLP 1221 McKinney, Suite 2100 Houston, TX 77010 | Patrick L. Hughes Haynes and Boone, LLP. 1221 McKinney, Suite 2100 Houston, TX 77010 713-547-2000 | Trade | | 12,850.00 |
| Union Tank Car Company P.O. Box 91793 Chicago, IL 60693 | Sharon Fowler Union Tank Car Company P.O. Box 91793 Chicago, IL 60693 281-206-9117 | Lease Payments for 40 Rail Cars | Disputed | 143,183.52 |
| United Environmental Services, LLC 8010 Needlepoint Road Baytown, TX 77521 | Richard Looney United Environmental Services, LLC 8010 Needlepoint Road Baytown, TX 77521 832-695-1534 | Trade/Lawsuit | Disputed | 152,811.34 |
| Vopak Logistics North America c/o Patrick L. Hughes Haynes and Boone, LLP 1221 McKinney, Suite 2100 Houston, TX 77010 | Patrick L. Hughes Haynes and Boone, LLP 1221 McKinney, Suite 2100 Houston, TX 77010 713-547-2000 | Lease payments under Terminal Agreement | | 1,262,717.60 |
| Weaver and Tidwell, LLP 24 Greenway Plaza, Suite 1800 Houston, TX 77046-2404 | David Rook Weaver and Tidwell, LLP 24 Greenway Plaza, Suite 1800 Houston, TX 77046-2404 713-850-8787 | Trade | | 48,650.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the Sole Manager of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 12, 2010                    Signature   /s/ Hoyt Thomas
                                                     Hoyt Thomas
                                                     President of the Sole Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.