UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORGANIC FUELS, LTD. | § | Case No. 10-30778 |
| | § | |
| | § | |
| Debtor. | § | (Chapter 11) |

### MOTION TO REJECT CAR SERVICE AGREEMENT WITH UNION TANK CAR COMPANY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Letitia Z. Paul,
United States Bankruptcy Judge:**

Organic Fuels, Ltd. ("OFL" or the "Debtor") files this Motion to Reject Car Service Agreement with Union Tank Car Company ("UTLX").

### Nature of the Debtor's Motion

1.   The Debtor seeks to reject a car services agreement with UTLX pursuant to which the Debtor leases 40 railroad cars from UTLX. The Debtor no longer requires the use of the leased railroad cars in the operation of its business.

**Brief Background**

2. On January 29, 2010 (the "Petition Date"), an involuntary petition under Chapter 7 of Title 11 of the United States Code was filed against Organic Fuels, Ltd. in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

3. On March 9, 2010, OFL consented to the entry of an order for relief and filed a motion to convert its case to a case under Chapter 11 of the Bankruptcy Code. The order converting OFL's case to Chapter 11 was entered on March 9, 2010 [Docket No. 18].

4. Prior to the Petition Date, on December 1, 2005, UTLX and the Debtor entered into that certain Car Services Agreement (the "UTLX Agreement") pursuant to which the Debtor leased railroad cars from UTLX. The UTLX Agreement was thereafter amended by four separate riders that describe the railroad cars leased by the Debtor from UTLX. Copies of the UTLX Agreement and all of the riders to the UTLX Agreement are attached as **Exhibit 1**[1]. As of the Petition Date, the Debtor leased forty (40) railroad cars from UTLX. The railroad cars are presently stored at the East Camden Railway yard of Trinity Chemical Industries.

5. The Debtor no longer requires the use of the leased railroad cars in the operation of its business. The Debtor has determined that the UTLX Agreement is not necessary to the Debtor's reorganization.

**Request to Reject Contract**

6. The Debtor requests authority under § 365(a) of the Bankruptcy Code to reject the UTLX Agreement as it is not necessary to the Debtors' reorganization.

7. Accordingly, the Debtors request that the Court authorize the relief requested above and grant other just relief as appropriate.

---

[1] This motion is not an admission by the Debtor that the UTLX Agreement was not previously terminated. The Debtor reserves all rights to assert any and all defenses and/or claims related to the UTLX Agreement.

**Dated: March 19, 2010.**

Respectfully submitted,

/s/Joshua W. Wolfshohl
John F. Higgins
State Bar No. 09597500
Joshua W. Wolfshohl
State Bar No. 24038592
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, TX  77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
jwwolfshohl@porterhedges.com

**Proposed Counsel for Organic Fuels, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by United States first class mail to the parties listed on the attached service list and by electronic mail to all registered ECF users appearing in the case on this 19th day of March, 2010.

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl

## SERVICE LIST

**Debtor**
Hoyt Thomas
Chief Operating Officer, Organic Fuels Ltd.
P.O. Box 25351
Houston, TX 77265

**Counsel for Debtor**
John F. Higgins
Joshua W. Wolfshohl
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002

**United States Trustee**
Office of U.S. Trustee
515 Rusk St, Suite 3516
Houston, TX 77002

**Governmental Entities**
Texas Comptroller of Public Accounts
Austin, TX 78774

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
1919 Smith Street
Stop 5022 HOU
Houston, TX 77002

Securities Exchange Commission
Attn: Angela D. Dodd
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

State of Texas Comptroller
PO Box 149348
Austin, TX 78714-9348

**Parties Requesting Notice**
BNSF Railway Company
Attn: Quincy Chumley
3001 Lou Menk Dr.
Fort Worth, TX 76131

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
**Counsel for Harris County**

Ritchie Capital
c/o Christopher Callens
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002-5026

Neal E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

American Express Travel Related Services Co, Inc
Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355 0701

**Twenty Largest Creditors**
Bay Area Industrial Contractors, L.P.
c/o Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

BNSF Railway Company
BNSF Freight & Misc.
P.O. Box 676152
Attn: Angela Chilcutt
Dallas, TX 75267-6152

Colonial Oil
P.O. Box 576
Savannah, GA 31402

Dynamic Rental Systems
c/o Gregg & Gregg PC
16055 Space Center Bl., Suite 150
Houston, TX 77062

First Materials & Technology, Inc.
P.O. Box 831
Cameron, TX 76520

Glocon, Inc.
600 Parsippany Road
Parsippany, NJ 07054

Goodgames Industrial Solutions, LLC
P.O. Drawer L
Dickinson, TX 77539

Gulf Coast Vacuum Service, Inc.
4901 Shank Rd.
Pearland, TX 77581

1848130v1

Kinder Morgan Operating LP
"C"
Dept. 3003
Dallas, TX  75320-1607

Lighthouse Environmental Services, Inc.
4222 Pasadena Blvd.
Pasadena, TX  77503

Mobile Modular Management Corp.
P.O. Box 45043
San Francisco, CA  94145-0043

Neal Construction Company, Inc.
c/o Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Rain for Rent Houston
FILE 52541
Los Angeles, CA  90074-2541

Rhone Clean Tech I, L.P.
120 North Hale Street, Suite 300
Attn:  Legal Department
Wheaton, IL  60187

Starsupply Renewables S.A.
Les Hauts De St John
Avenue de Perdtemps 17
CH1260 NYON

Tankco Services of Texas Corp.
c/o Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Union Tank Car Company
P.O. Box 91793
Chicago, IL  60693

United Environmental Services, LLC
8010 Needlepoint Road
Baytown, TX  77521

Vopak Logistics North America
c/o Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Weaver and Tidwell, LLP
24 Greenway Plaza, Suite 1800
Houston, TX  77046-2404

1848130v1

2