IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ORGANIC FUELS LTD.
      DEBTOR:                          CASE NO. 10-30778-H3-11

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is **SCHEDULED** for APRIL 20, 2010 at 02:00 P.M. in **HOUSTON**, 515 Rusk Ave., 4th Floor, Courtroom 401 to consider the following:

MOTION TO COMPEL DEBTOR TO IMMEDIATELY PERFORM LEASE OBLIGATIONS OR CONVERT TO CHAPTER 7 (#24)

Said MOTION may be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: MARCH 23, 2010                  BY: *Maria Rodriguez* (signature)