B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    Organic Fuels, Ltd.                          Case No.    10-30778

                                  Debtor(s)       Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
O

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 01/01/10 - 01/29/10 - Sales Revenue |
| $10,840,958.18 | 01/01/09 - 12/31/09 - Sales Revenue |
| $123,661,647.00 | 01/01/08 - 12/31/08 - Sales Revenue and Hedging Activities |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 01/01/10 - 01/29/10 |
| $6,457.87 | 01/01/09 - 12/31/09 - Interest Income |
| $4,543,156.00 | 01/01/08 - 12/31/08 |
| | Interest Income - $67,236 |
| | Energy Production Credits and Subsidies - $4,475,920 |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3b | | | |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3c | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
o

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dynamic Rental Systems, LLC v. Organic Fuels, GP and Organic Fuels, Ltd., Case No. 200973382 | Breach of Contract | 164th Judicial District Court, Harris County, Texas | Pending |
| Goodgames Industrial Solutions, L.L.C. v. Organic Fuels GP, LLC and Organic Fuels, Ltd. dba Organic Fuels, Case No. 2009-60311 | Breach of Contract; Sworn Account | 125 Judicial District Court of Harris County Texas | Dismissed on or about 10/26/09 |
| United Environmental Services, LLC v. Organic Fuels,Ltd., Cause No. 200971874 | Sworn Account and Quantum Meruit | 164th Judicial District Court of Harris County Texas | Pending |

None
n

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
n

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
n

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
n

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
n

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
o

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 17 railcars.  Damage estimate $164,936.69. | On October 29, 2009 a tornado struck the East Camden Railway yard where the Debtor stores the 40 railroad cars that it leases from the Union Tank Car Company ("UTLX"). 17 railroad cars were knocked over and sustained damage.  The damage is covered by insurance, but the Debtor has a $100,000 deductible. | 10/29/09 |

**9. Payments related to debt counseling or bankruptcy**

None
o

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Porter & Hedges, L.L.P. 1000 Main Street, 36th Floor Houston, TX 77002 | 02/03/10 03/08/10 | $70,000.00 - Retainer for legal services related to this Chapter 11 case. |

**10. Other transfers**

None
o

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| RBF Port Neches, LLC 1001 Fannin, Suite 1700 Houston, TX 77002     None | 11/30/09 | Westfalia Seperator Model RSE 220-01-573 (Centrifuge) sold for $250,000 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Saga Consulting<br>aka  International Technologies Pro, LLC<br>1616 S. Voss, Suite 350<br>Houston, TX 77057<br>   None | 12/1/09 | On or about December 1, 2009, the Debtor and Saga Consulting ("Saga") entered into that certain Sublease Agreement pursuant to which Saga sublet the Debtor's office space located at 1616 S. Voss, Suite 350, Houston, Texas. The Debtor also sold and/or transferred certain office furnishings equipment to Saga.  See Attachment 10a for details. |
| Miscellaneous Asset Sales | | See Attachment 10a |
| Mobile Modular Management Corp.<br>P.O. Box 45043<br>San Francisco, CA 94145-0043<br>   None | 12/11/09 | Return of leased office trailer to lessor.  No funds received by Debtor. |
| Intercompany Transfers | Various | The Debtor's books and records reflect an intercompany receivable in the amount of $3,683,964.76.  In the ordinary course of the Debtor's business, intercompany transfers were made by and between the Debtor and its affiliates. The Debtor is in the process of compiling records related to the receivable(s).  Upon compilation of such information, detail regarding such transfers will be made available upon written request. |

None
**n**   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
**o**   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Amegy Bank of Texas<br>1801 Main Street<br>Houston, TX 77002 | Checking Account No. 0093501787 - Sweep Account<br>Final Balance: $0.00 | 10/7/09 |

### 12.  Safe deposit boxes

None
**n**   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
n

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
n

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
o

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1616 South Voss, Suite 350, Houston, Texas | Same | 11/20/06 - 11/30/09 |
| One Riverway, Suite 2053, Houston, TX 77056 | Same | 7/05 - 11/06 |

**16. Spouses and Former Spouses**

None
n

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
n

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
n

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
**n**   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
**n**   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
**n**   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
**o**   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| See Attachment 19a | |

None
**o**   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Weaver and Tidwell, LLP | 24 Greenway Plaza, Suite 1800 Houston, TX 77046-2404 | 2006 - present |

8

None
o

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| John Burwell | 4114 Yupon St.<br>Houston, TX 77006 |
| Organic Fuels Holdings, Inc. | PO Box 25351<br>Houston, TX 77265 |
| Hoyt Thomas | 6523 Brompton Road<br>Houston, TX 77005 |
| Steve Stroman | 8519 Hornwood<br>Houston, TX 77036 |

None
o

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Ritchie Capital Management, L.L.C.<br>120 North Hale Street, Suite 300<br>Attn: Legal Department<br>Wheaton, IL 60187 | Financial statements issued at request of creditor in connection with financing.  The Debtor did not keep records of such requests. |

### 20. Inventories

None
n

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
n

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
o

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Organic Fuels GP, LLC<br>PO Box 25351<br>Houston, TX 77265 | General Partner | 1% |
| Organic Fuels, LLC<br>PO Box 25351<br>Houston, TX 77265 | Limited Partner | 99% |

None
n

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

9

**22 . Former partners, officers, directors and shareholders**

None
n

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
n

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
o

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| See Response to No. 3c | | |

**24. Tax Consolidation Group.**

None
n

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
n

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _March 23, 2010_____  Signature _____

Hoyt Thomas
President of the Sole Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (12/07)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   March 23 2010                         Signature _____

Hoyt Thomas
President of the Sole Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Organic Fuels, LTD**
**STATEMENT OF FINANCIAL AFFAIRS 3b**
**PAYMENTS TO CREDITORS**

| Check # | Date | Payee | Address | Amount |
|---------|------|-------|---------|--------|
| **Total** | | | | |
| 6684 | 11/4/09 | AFCO | 1000 Milwaukee Ave., 5th Floor, Glenview., Il 60025 | 8,848.38 |
| 6701 | 12/4/09 | | | 8,848.38 |
| 6721 | 1/6/10 | | | 8,848.38 |
| | | | | |
| 6685 | 11/4/09 | AICCO, INC. | 45 East River Park Place, West Suite 308, Fresno, CA 93720 | 11,863.10 |
| 6703 | 12/4/09 | | | 11,863.10 |
| 6722 | 1/6/10 | | | 11,863.10 |
| 6736 | 2/3/10 | | | 11,863.10 |
| | | | | |
| 6709 | 12/4/09 | CRESA Partners - Houston | 5599 San Felipe, Houston, TX 77056 | 5,964.57 |
| 6723 | 1/6/10 | | | 5,964.58 |
| | | | | |
| 6680 | 11/3/09 | DP & PL LLC | 15515 Park Estates, Houston, TX 70062 | 8,160.00 |
| 6704 | 12/4/09 | | | 10,200.00 |
| 6726 | 1/6/10 | | | 8,448.00 |
| | | | | |
| 6679 | 11/3/09 | John Burwell | 4114 Yupon Street, Houston, TX 77006 | 900.00 |
| 6687 | 11/11/09 | | | 900.00 |
| 6690 | 11/17/09 | | | 900.00 |
| 6696 | 11/23/09 | | | 775.00 |
| 6706 | 12/4/09 | | | 2,440.00 |
| 6716 | 12/18/09 | | | 1,800.00 |
| 6727 | 1/12/10 | | | 2,700.00 |
| | | | | |
| 6686 | 11/11/09 | McFatridge, Baker & Schmidt, P.C. | 3900 Essex Lane, Suite 730, Houston, TX 77027 | 2,137.05 |
| 6691 | 11/17/09 | | | 2,618.01 |
| 6705 | 12/4/09 | | | 1,611.03 |
| 6715 | 12/10/09 | | | 839.13 |
| 6719 | 1/4/10 | | | 2,857.55 |
| 6730 | 1/15/10 | | | 665.00 |
| | | | | |
| 6708 | 12/4/09 | Morgan, Lewis & Bockius, LLP | 77 West Wacker Drive, Chicago, IL 60601 | 32,803.50 |
| | | | | |
| 6710 | 12/4/09 | Newmark RE of Houston, LLC | 5151 San Felipe, Suite 1400, Houston, TX 77056 | 2,982.29 |
| 6724 | 1/6/10 | | | 2,982.29 |
| | | | | |
| 6693 | 11/17/09 | Nova Energias Partners | c/o Thomas Gieskes, 13746 Kingsride Lane, Houston, TX 77079 | 6,131.25 |
| 6695 | 11/20/09 | | | 6,131.25 |
| 6720 | 1/4/10 | | | 1,500.00 |

1851509_1

**Organic Fuels, LTD**
**STATEMENT OF FINANCIAL AFFAIRS 3b**
**PAYMENTS TO CREDITORS**

| Check # | Date | Payee | Address | Amount |
|---|---|---|---|---|
| 6683 | 11/4/09 | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | 2,687.50 |
| 6683 | 11/4/09 | | | 2,687.50 |
| 6689 | 11/11/09 | | | 2,000.00 |
| 6697 | 11/23/09 | | | 1,437.50 |
| 6712 | 12/4/09 | | | 812.50 |
| 6717 | 12/18/09 | | | 3,000.00 |
| 6728 | 1/12/10 | | | 3,000.00 |
| 6731 | 1/20/10 | | | 2,750.00 |
| | | | | |
| 6699 | 11/23/09 | Trinity Chemical Industries | P.O. Box 21568, Dept. 237, Tulsa, OK 74121-1568 | 3,981.60 |
| 6733 | 1/25/10 | | | 3,658.00 |
| | | | | |
| 6681 | 11/3/09 | UNILEV MANAGEMENT CORP.-VOSS | Dept. 399, P.O. Box 4408, Houston, TX 77210 | 7,759.94 |
| 6707 | 12/4/09 | | | 750.00 |

**SOFA 3c**
**Payments to Insiders**

| Name | Relationship to Debtor | Date of Payment | Amount | Purpose |
|------|------------------------|-----------------|--------|---------|
| Christian Alexander | Shareholder and Officer of Organic Fuels Holdings, Inc. | 1/15/2009 | $11,875.00 | Salary |
| | | 1/30/2009 | $161,875.00 | Bonus |
| | | 2/13/2009 | $11,875.00 | Salary |
| | | 2/25/2009 | $4,763.41 | Expense reimbursement |
| | | 2/27/2009 | $11,875.00 | Salary |
| | | 3/13/2009 | $11,875.00 | Salary |
| | | 3/31/2009 | $11,875.00 | Salary |
| | | 4/9/2009 | $2,762.40 | Expense reimbursement |
| | | 4/15/2009 | $11,875.00 | Salary |
| | | 4/16/2009 | $32,241.02 | Stock repurchase |
| | | 4/30/2009 | $11,875.00 | Salary |
| | | 5/15/2009 | $11,875.00 | Salary |
| | | 5/29/2009 | $11,875.00 | Salary |
| | | 6/15/2009 | $11,875.00 | Salary |
| | | 6/19/2009 | $4,771.19 | Expense reimbursement |
| | | 6/30/2009 | $11,875.00 | Salary |
| | | 7/8/2009 | $128.77 | Expense reimbursement |
| | | 7/15/2009 | $11,875.00 | Salary |
| | | 7/23/2009 | $98.04 | Expense reimbursement |
| | | 7/31/2009 | $11,875.00 | Salary |
| | | 8/4/2009 | $95.49 | Expense reimbursement |
| | | 8/14/2009 | $11,875.00 | Salary |
| | | 8/31/2009 | $11,875.00 | Salary |
| | | 9/16/2009 | $11,875.00 | Salary |
| | | 9/30/2009 | $11,875.00 | Salary |
| | | 10/15/2009 | $11,875.00 | Salary |
| | | 11/4/2009 | $11,875.00 | Salary |
| | | 11/18/2009 | $339.72 | Expense reimbursement |
| | | 11/23/2009 | $45.01 | Expense reimbursement |
| | | 11/30/2009 | $23,750.00 | Salary |
| | | 12/31/2009 | $23,865.47 | Salary |
| | | 1/29/2010 | $23,750.00 | Salary |
| Thomas E. Gieskes | Officer of Organic Fuels Holdings, Inc. | 1/30/2009 | $25,500.00 | Bonus |
| | | 2/13/2009 | $7,500.00 | Salary |
| | | 2/18/2009 | $1,770.39 | Expense reimbursement |
| | | 2/26/2009 | $458.70 | Expense reimbursement |
| | | 2/27/2009 | $7,500.00 | Salary |
| | | 3/13/2009 | $7,500.00 | Salary |
| | | 3/25/2009 | $2,203.43 | Expense reimbursement |
| | | 3/31/2009 | $7,500.00 | Salary |
| | | 4/15/2009 | $7,500.00 | Salary |

**SOFA 3c**
**Payments to Insiders**

| Name | Relationship to Debtor | Date of Payment | Amount | Purpose |
|------|------------------------|-----------------|--------|---------|
| | | 4/21/2009 | $998.75 | Expense reimbursement |
| | | 4/30/2009 | $7,500.00 | Salary |
| | | 5/15/2009 | $12,104.17 | Bonus/Severance |
| | | 5/22/2009 | $25,000.00 | Bonus/Severance |
| | | 6/26/2009 | $556.90 | Expense reimbursement |
| Peter Loggenberg | Organic Fuels Holdings, Inc. shareholder (through DP&PL LLC), board member and officer | 1/30/2009 | $159,500.00 | Bonus |
| | | 2/13/2009 | $10,750.00 | Salary |
| | | 2/27/2009 | $10,750.00 | Salary |
| | | 3/6/2009 | $3,542.40 | Expense reimbursement |
| | | 3/13/2009 | $10,750.00 | Salary |
| | | 3/31/2009 | $10,750.00 | Salary |
| | | 4/15/2009 | $10,750.00 | Salary |
| | | 4/30/2009 | $10,750.00 | Salary |
| | | 5/1/2009 | $1,968.62 | Expense reimbursement |
| | | 5/15/2009 | $3,658.16 | Expense reimbursement |
| | | 5/15/2009 | $10,750.00 | Salary |
| | | 5/29/2009 | $10,750.00 | Salary |
| | | 6/15/2009 | $10,750.00 | Salary |
| | | 6/30/2009 | $10,750.00 | Salary |
| | | 7/15/2009 | $10,750.00 | Salary |
| | | 7/31/2009 | $10,750.00 | Salary |
| | | 8/14/2009 | $10,750.00 | Salary |
| | | 8/31/2009 | $10,750.00 | Salary |
| | | 9/16/2009 | $10,750.00 | Salary |
| | | 9/30/2009 | $10,750.00 | Salary |
| | | 10/5/2009 | $30,926.92 | Salary |
| Don Power | Organic Fuels Holdings, Inc. shareholder (through DP&PL LLC), board member and officer | 1/30/2009 | $107,886.16 | Bonus |
| | | 2/13/2009 | $7,704.16 | Salary |
| | | 2/27/2009 | $7,704.16 | Salary |
| | | 3/13/2009 | $7,704.16 | Salary |
| | | 3/31/2009 | $7,704.16 | Salary |
| | | 4/15/2009 | $7,704.16 | Salary |
| | | 4/23/2009 | $932.20 | Expense reimbursement |
| | | 4/30/2009 | $7,704.16 | Salary |
| | | 5/15/2009 | $7,704.16 | Salary |
| | | 5/29/2009 | $7,704.16 | Salary |
| | | 6/15/2009 | $7,704.16 | Salary |

**SOFA 3c**
**Payments to Insiders**

| Name | Relationship to Debtor | Date of Payment | Amount | Purpose |
|------|------------------------|-----------------|--------|---------|
| | | 6/30/2009 | $7,704.16 | Salary |
| | | 7/15/2009 | $7,704.16 | Salary |
| | | 7/31/2009 | $7,704.16 | Salary |
| | | 8/14/2009 | $7,704.16 | Salary |
| | | 8/31/2009 | $7,704.16 | Salary |
| | | 9/2/2009 | $560.77 | Expense reimbursement |
| | | 9/16/2009 | $7,704.16 | Salary |
| | | 9/30/2009 | $7,704.16 | Salary |
| | | 10/15/2009 | $25,720.04 | Salary |
| Hoyt Thomas | President of Organic Fuels GP, LLP, Debtor's General Partner and Manager | 1/30/2009 | $8,000.00 | Salary |
| | | 2/6/2009 | $2,440.85 | Expense reimbursement |
| | | 2/13/2009 | $8,000.00 | Salary |
| | | 2/27/2009 | $8,000.00 | Salary |
| | | 3/13/2009 | $8,000.00 | Salary |
| | | 3/31/2009 | $8,000.00 | Salary |
| | | 4/9/2009 | $1,155.88 | Expense reimbursement |
| | | 4/15/2009 | $8,000.00 | Salary |
| | | 4/30/2009 | $8,000.00 | Salary |
| | | 5/15/2009 | $8,000.00 | Salary |
| | | 5/18/2009 | $2,584.93 | Expense reimbursement |
| | | 5/29/2009 | $8,000.00 | Salary |
| | | 6/15/2009 | $8,000.00 | Salary |
| | | 6/17/2009 | $1,409.04 | Expense reimbursement |
| | | 6/30/2009 | $8,000.00 | Salary |
| | | 7/15/2009 | $8,000.00 | Salary |
| | | 7/31/2009 | $8,000.00 | Salary |
| | | 8/14/2009 | $8,000.00 | Salary |
| | | 8/31/2009 | $8,000.00 | Salary |
| | | 9/2/2009 | $603.00 | Expense reimbursement |
| | | 9/16/2009 | $8,000.00 | Salary |
| | | 9/30/2009 | $8,000.00 | Salary |
| | | 10/15/2009 | $8,000.00 | Salary |
| | | 11/4/2009 | $8,000.00 | Salary |
| | | 11/30/2009 | $16,000.00 | Salary |
| | | 12/31/2009 | $16,000.00 | Salary |
| | | 1/29/2010 | $16,000.00 | Salary |
| Rhone CleanTech Fund I, L.P. | Indirect Shareholder of Organic Fuels Holdings, Inc. | 2/10/2009 | $3,734.00 | Consulting Fees |
| | | 2/27/2009 | $69,848.75 | Consulting Fees |
| | | 3/17/2009 | $15,850.00 | Consulting Fees |

**SOFA 3c**
**Payments to Insiders**

| Name | Relationship to Debtor | Date of Payment | Amount | Purpose |
|------|------------------------|-----------------|--------|---------|
| | | 5/4/2009 | $16,650.00 | Consulting Fees |
| | | 6/5/2009 | $11,750.00 | Consulting Fees |
| Rhone CleanTech Fund I, L.P. (for further credit to Ritchie OF Investments, LLC) | Indirect Shareholder of Organic Fuels Holdings, Inc. | 3/4/2009 | $1,180,264.38 | Loan Payment |
| | | 4/9/2009 | $1,935,486.56 | Loan Payment |
| | | 4/9/2009 | $1,935,486.56 | Loan Payment |
| Ritchie OF Investments LLC | Shareholder of Organic Fuels Holdings, Inc. | 5/15/2009 | $500,000.00 | Loan Payment |
| | | 5/18/2009 | $700,000.00 | Loan Payment |
| DP & PL LLC | Organic Fuels Holdings, Inc. shareholder; consulting company owned by Don Power and Peter Loggenberg | 11/3/2009 | $8,160.00 | Consulting Fees |
| | | 12/4/2009 | $10,200.00 | Consulting Fees |
| | | 1/6/2010 | $8,448.00 | Consulting Fees |

PROPERTY SOLD TO SAGA
ON 12/01/09

ORGANIC FUELS, LTD.
STATEMENT OF AFFAIRS 10a.
TRANSFERS

| Description | Model | Price sold |
|---|---|---|
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Wireless access point | Aironet 1130AG | $350 |
| Desktop computer | Mac Mini | $400 |
| Keyboard, Bluetooth | Apple Wireless Keyboard (2005) | $75 |
| Mouse, Bluetooth | Apple Wireless Mouse (2005) | $25 |
| KVM switch | SOHO 2-port KVM F1DS102L | Provided by OFLtd to SAGA in connection with sublease of space |
| Video digitizer | ADVC55 | $180 |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Power conditioner | HTS-1600 | Provided by OFLtd to SAGA in connection with sublease of space |
| Speakerphone | Soundstation 2 | $400 |
| Speakerphone, Bluetooth | VoiceStation 500 | $350 |
| Video camera, PTZ | EVI-D70 | $700 |
| Display, plasma, 50-inch | 50HP16 | $600 |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Fixed arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Tape labeling machine | PT-1280 | $31 |
| Loom binding machine | C-110 | $31 |
| Shredder | 58-87Cs | $31 |
| Paper cutter | CL100 | $31 |
| Electric 3-hole punch | 535 | $31 |
| Heavy-duty stapler | 39002 | $31 |
| Semi-heavy-duty stapler | 77701115 | $31 |
| Electric pencil sharpener | 1924X | $31 |
| Copier | Workcentre Pro C3545 | Was leased by OFLtd; SAGA took over the lease |
| File cabinet | Align Case Lateral File - 4 drawer/1 cabinet | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 4 drawer/1 cabinet | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 4 drawer/1 cabinet | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 4 drawer/1 cabinet | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 4 drawer/1 cabinet | Provided by OFLtd to SAGA in connection with sublease of space |
| Toaster oven | CTO-350PC | $75 |

1835467_1

PROPERTY SOLD TO SAGA
ON 12/01/09

**ORGANIC FUELS, LTD.**
**STATEMENT OF AFFAIRS 10a.**
**TRANSFERS**

| | | |
|---|---|---|
| Dishwasher | GLDA696MSS | Provided by OFLtd to SAGA in connection with sublease of space |
| Refrigerator | GTL-18JCPVRVS | Provided by OFLtd to SAGA in connection with sublease of space |
| Coffee maker | VB12 | $25 |
| Microwave oven | Genius Sensor 1300W NNT664SFR | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| Printer calculator | HR-100TM | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Aeron | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | #19 High-back Task/Conference Chair, Adjustable Arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | #19 High-back Task/Conference Chair, Adjustable Arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | #19 High-back Task/Conference Chair, Adjustable Arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Printer calculator | P23-DHV | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Side chair, green | Tolleson Side Chair, Square back | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| Printer calculator | EL-1197P | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Side chair, green | Tolleson Side Chair, Square back | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Aeron | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | #19 High-back Task/Conference Chair, Adjustable Arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Mouse, USB Optical | | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Printer calculator | EL-1801V | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Keyboard, USB | RT-7D50 | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk lamp | Ibis Light, Freestanding | Provided by OFLtd to SAGA in connection with sublease of space |
| Phone system | IVX E-Class Generation II | Provided by OFLtd to SAGA in connection with sublease of space |
| UPS | 600VA | Provided by OFLtd to SAGA in connection with sublease of space |
| Wireless router | WGR614 | Provided by OFLtd to SAGA in connection with sublease of space |

1835467_1                                                         2

PROPERTY SOLD TO SAGA
ON 12/01/09

**ORGANIC FUELS, LTD.**
**STATEMENT OF AFFAIRS 10a.**
**TRANSFERS**

| | | |
|---|---|---|
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, black | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Environmental Monitor | AP9340 | Provided by OFLtd to SAGA in connection with sublease of space |
| Firewall router | PIX 506E | $250 |
| Ethernet switch, 10/100, 48 | DES-1250G | $150 |
| Condensate pump | 554425 | Provided by OFLtd to SAGA in connection with sublease of space |
| KVM switch | Miniview 4-port KVM switch | Provided by OFLtd to SAGA in connection with sublease of space |
| Ethernet switch, 10/100/1C | JGS524F | $200 |
| Rack, 42U 19-inch four-pos | 10642 | $400 |
| Air conditioner | MAC-12K | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 24-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 24-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Phone system | IVX C-Class Generation II | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 6 drawer (2x3) | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 3 drawer (1x3) | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Lateral File - 6 drawer (2x3) | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 2-drawer, Upholstered top | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 2-drawer, Upholstered top | Provided by OFLtd to SAGA in connection with sublease of space |
| Printer calculator | EL-1801V | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 2-drawer, Upholstered top | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |
| Multifunction inkjet printer | Officejet 7410 | Provided by OFLtd to SAGA in connection with sublease of space |
| Desk chair, green | Sum High-back Task/Conference Chair, Adjustable arms | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| File cabinet | Align Case Pedestal - 3-drawer | Provided by OFLtd to SAGA in connection with sublease of space |
| Table | Get Set Standard Table | Provided by OFLtd to SAGA in connection with sublease of space |
| Table | Get Set Standard Table | Provided by OFLtd to SAGA in connection with sublease of space |
| Desktop telephone | 48-key DFP | Provided by OFLtd to SAGA in connection with sublease of space |

ORGANIC FUELS, LTD.
STATEMENT OF FINANCIAL AFFAIRS 10a - TRANSFERS

Assets Sold or Transferred to non-Saga Entities by Organic Fuels, Ltd.

| Manufacturer | Description | Model | Purchaser | Address | Price | Relationship | Date |
|---|---|---|---|---|---|---|---|
| HP | Multifunction inkjet printer | Deskjet F2110 | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $55.00 | Landlord | Late Nov, 2009 |
| Dell | Desktop computer | Optiplex 740 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | $50.00 | Former Employee/Consultant | Late Nov, 2009 |
| Toshiba | Laptop computer | Tecra A8-S8514 | Tyson Smith | 910 Clara Wilson Road, Crosby, TX 77532 | $150.00 | Former Employee | August, 2009 |
| Dell | Docking station | Advanced Port Replicator | Jeremy Leteff | 301 Wesley Dr, #813, League City, TX 77573 | $50.00 | Former Employee | August, 2009 |
| Dell | Laptop computer | Latitude D630 | Jeremy Leteff | 301 Wesley Dr, #813, League City, TX 77573 | $50.00 | Former Employee | August, 2009 |
| Dell | Mouse, USB Optical | | Jeremy Leteff | 301 Wesley Dr, #813, League City, TX 77573 | $50.00 | Former Employee | August, 2009 |
| Microsoft | Keyboard, USB | Digital Media Pro Keyboard USB | Jeremy Leteff | 301 Wesley Dr, #813, League City, TX 77573 | $50.00 | Former Employee | August, 2009 |
| Optiquest | Display, LCD, 20-inch | Q201wb | Jeremy Leteff | 301 Wesley Dr, #813, League City, TX 77573 | $50.00 | Former Employee | August, 2009 |
| Dell | Laptop computer | Inspiron 9300 | Louis Schmid | 1820 Syndor Ln., Galveston, TX 77554 | $200.00 | Former Employee | August, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | IRC | | $25.00 | None | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | IRC | | $25.00 | None | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | IRC | | $25.00 | None | Late Nov, 2009 |
| HP | Color laser printer | Laserjet 2550L | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $40.00 | Landlord | Late Nov, 2009 |
| Jura | Automatic espresso machine | Capresso Impressa Z5 | IRC | | $400.00 | None | Late Nov, 2009 |
| Dell | Docking station | Advanced Port Replicator | Michelle Denman | 15335 Stratham Circle, Channelview, TX 77530 | $97.50 | Former Employee | August, 2009 |
| Dell | Laptop computer | Latitude D620 | Michelle Denman | 15335 Stratham Circle, Channelview, TX 77530 | $97.50 | Former Employee | August, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | Peter Loggenberg | 533 W. Dana Ln., Houston, TX 77062 | $25.00 | Former Employee | August, 2009 |
| HP | Display, LCD, 17-inch | 1702 | IRC | | $25.00 | None | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | IRC | | $25.00 | None | Late Nov, 2009 |
| Dell | Docking station | Advanced Port Replicator | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $75.00 | Former Employee/Consultant | September, 2009 |
| Dell | Laptop computer | Latitude D620 | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $75.00 | Former Employee/Consultant | September, 2009 |
| Logitech | Keyboard, USB | Internet 350 Keyboard | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $75.00 | Former Employee/Consultant | September, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $75.00 | Former Employee/Consultant | September, 2009 |
| Dell | Color laser printer | 3100cn | John Burwell | 4144 Yupon Street, Houston, TX 77006 | $25.00 | Former Employee/Consultant | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $25.00 | Former Employee/Consultant | September, 2009 |
| HP | Multifunction laser printer | Laserjet 3030 | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $40.00 | Landlord | Late Nov, 2009 |
| APC | UPS | SUA2200RMXL3 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| APC | UPS | SUA2200RMXL3 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| APC | UPS Battery Pack | SUA48RMXLBP3U | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| APC | UPS Battery Pack | SUA48RMXLBP3U | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| Apple | Server | Xserve Dual Xeon 2.0 (2007) | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| Arkeia | Server | Edgefort | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| Dell | Mouse, USB Optical | | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| HP | Display, LCD, 15-inch | PX848AA | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| HP | Keyboard, PS2 | Media Keyboard PS/2 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| HP | Server | DL380 R04 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| HP | Server | DL380 R04 | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| Dell | Display, LCD, 17-inch | E173FPc | IRC | 10497 Town and Country Way, Suite 800, Houston, TX 77024 | $25.00 | None | Late Nov, 2009 |
| Dell | Display, LCD, 19-inch | E197FPb | IRC | 10497 Town and Country Way, Suite 800, Houston, TX 77024 | $25.00 | None | Late Nov, 2009 |
| HP | Keyboard, PS2 | Standard Keyboard PS/2 | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $1.67 | Landlord | Late Nov, 2009 |
| HP | Keyboard, PS2 | Media Keyboard PS/2 | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $1.67 | Landlord | Late Nov, 2009 |
| Microsoft | Keyboard, USB | Digital Media Pro Keyboard USB | Unilev | 1616 S. Voss, Suite 220, Houston, TX 77057 | $1.67 | Landlord | Late Nov, 2009 |
| Sony | Laptop computer | PCG-6F1L | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| TDK | LTO-2 Tapes (20) | | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD2070VX-BK | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| NEC | Display, LCD, 20-inch | LCD203WXM-BK | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |
| Sanyo | Mini-refrigerator | SR-4912M | Steve Stroman | 8519 Hornwood Drive, Houston, TX 77036 | $20.00 | Former Employee/Consultant | September, 2009 |
| GE | Microwave oven | Taken by Mobile Modular in trailer | Mobile Modular | 4445 E. Sam Houston Parkway, S. Pasadena, TX 77505 | $0.00 | Lessor | December, 2009 |
| Hotpoint | Refrigerator | Taken by Mobile Modular in trailer | Mobile Modular | 4445 E. Sam Houston Parkway, S. Pasadena, TX 77505 | $0.00 | Lessor | December, 2009 |
| Miniview | KVM switch | Miniview 4-port KVM switch | John Burwell | 4144 Yupon Street, Houston, TX 77006 | Per Hosting Contract | Former Employee/Consultant | Late Nov, 2009 |

ORGANIC FUELS, LTD.
STATEMENT OF FINANCIAL AFFAIRS 19a

**All bookkeepers and accountants who kept or supervised the keeping of books of account and records of the debtor.**

| | Title | Start Date | End Date | Last Krown Address |
|---|---|---|---|---|
| Fodo, Stephen E. | CFO | Oct, 2007 | Dec, 2008 | 2515 Golden Pond Drive, Kingwood, Texas 77345 |
| Chloupka, Steven F. | Accounting Consultant | May, 2008 | June, 2009 | One Sugar Creek Center Blvd, Suite 300, Sugar Land, TX  77478 |
| | | | | 1306 Georgina Street, Rosenberg, Texas 77471 |
| Stroman, Stephen P. | Controller | Aug, 2008 | Sep, 2009 | 8519 Hornwood Crive, Houston, TX 77036 |
| Stroman, Stephen P. | Contract CAO | Sep, 2009 | Feb, 2010 | 8519 Hornwood Crive, Houston, TX 77036 |
| Oberhoff, Wayne | Controller | Oct, 2007 | Sept, 2008 | 9613 Camelots Court, Pearland, TX 77584 |
| Bowersox, Chrysti | Senior Financial Accountant | Nov, 2007 | Aug, 2009 | 13542 Wimbledon, Sugar Land, Texas 77478 |
| Pepples, Amy Klafka | Accountant | Dec, 2006 | Jul, 2008 | 14230 Sylvia Drive, Cypress, TX 77429 |
| Delgado, Dean | Contract Financial Accountant | Jul, 2008 | Feb, 2009 | 1434 Chandler ParkLane, Fresno, Tx 77545 |
| Delgado, Dean | Contract Financial Accountant | Aug, 2009 | Oct, 2009 | 1434 Chandler ParkLane, Fresno, Tx 77545 |
| Brooms, Rajab X. | Contract Accounting Assistant | Jul, 2008 | Feb, 2009 | 7339 San Ramon Drive, Houston, TX 77083 |
| Brooms, Rajab X. | Accounting Assistant | Feb, 2009 | Aug, 2009 | 7339 San Ramon Drive, Houston, TX 77083 |