UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-30778-H3-11 |
| ORGANIC FUELS, LTD. | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE LETICIA Z. PAUL, BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), who through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Goodgames Industrial Solutions, LLC, Attn: Van Goodgames, PO Drawer L, Dickinson, TX 77539, (281) 3367-7323, FAX (281) 337-7324, [vgoodgame@gis-llc.com].

2. Dynamic Rental Systems, Attn: Scoott Jordan, 2920 East X Street, Laporte, TX 77571, (281) 956-5624, [sjordan@onesourceindustrial.com].

3. Lighthouse Environmental Services, Inc., Attn: Drew Lowe, 4218 Pasadena Blvd., Pasadena, TX 77503, (281)476-0030, FAX (281) 476-0041, [dlowe@lighthouseenv.com].

Dated the 26th day of March, 2010.

CHARLES F. Mc VAY
UNITED STATES TRUSTEE

By: /s/ *Ellen M. Hickman*
        Ellen M. Hickman, Attorney
        Bar No.12975800
        Office of the United States Trustee
        515 Rusk, Ste. 3516
        Houston, TX 77002
        (713) 718-4650
        (713) 718-4680 FAX

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served either by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below, at the addresses listed below on this the 26th day of March, 2010.

                                            /s/ *Ellen M. Hickman*
                                            Ellen M. Hickman, Trial Attorney

<u>DEBTOR</u>:
Organic Fuels, Ltd.
POB 25351
Houston, TX 77265

<u>DEBTOR'S COUNSEL</u>:
Joshua W. Wolfshohl
Porter Hedges, L.L.P.
1000 Main, Ste 3600
Houston, TX 77002-6336

<u>CREDITOR COMMITTEE MEMBERS</u>:

Goodgame Industrial Solutions, LLC
Attn: Van Goodgame
PO Drawer L
Dickinson, TX 77539

Dynamic Rental Systems, LLC
Attn: Scott Jordan
2920 East X Street
Laporte, TX 77571

Lighthouse Environmental Services, Inc.
Attn: Drew Lowe
4218 Pasadena Blvd.
Pasadena, TX 77503

<u>PARTIES REQUESTING NOTICE</u>:

Patrick L. Hughes
Haynes & Boone, LLP
1221 McKinney, Ste 2100
Houston, TX 77010

John P. Dillman
LINEBARGER GOGGAN et al.
P. O. Box 3064
Houston, TX 77253-3064

BNSF Railway Company
Attn: Quincy Chumley
3001 Lou Menk Dr.
Fort Worth, TX 76131

American Express Travel Related Services Co, Inc. Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701