UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ORGANIC FUELS, LTD. | § | CASE NO. 10-30778-H3-11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **GALENA PARK INDEPENDENT SCHOOL DISTRICT,** a secured Texas property tax creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, and proposed documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be served via ECF transmission, e-mail, fax, or mail to the secured creditor in care of the undersigned as set forth below.

Respectfully Submitted,

PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860 – Telephone
(713) 862-1429 – Telecopier
**osonik@pbfcm.com** – E-Mail

Attorney Galena Park Independent School District

By: /s/ Owen M. Sonik
Owen M. Sonik
Texas Bar No. 18847250

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been served on the parties listed on the Court's ECF transmission list in this case on this 7th day of April, 2010.

                        /s/ Owen M.
                        Owen M. Sonik
                        Perdue, Brandon, Fielder, Collins, & Mott, LLP