UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 10-30778-H3-7 |
|---|---|---|
| | § | |
| Organic Fuels, Ltd | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,623,842.76 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $665,540.87 | | |

3)   Total gross receipts of $665,540.87 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $665,540.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,087,772.41 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $418,399.44 | $418,399.44 | $418,393.29 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $2,317,729.44 | $805,318.33 | $247,147.58 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $12,928,229.63 | $12,706,543.74 | $0.00 |
| **Total Disbursements** | $0.00 | $16,752,130.92 | $13,930,261.51 | $665,540.87 |

4). This case was originally filed under chapter 7 on 01/29/2010. The case was converted to one under Chapter 7 on 03/09/2010. The case was pending for 81 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2016       By:   /s/ Lowell T. Cage
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 GMC 4x4 VIN 2GTEK19TX21403798 | 1129-000 | $6,400.00 |
| Amegy Bank of Texas xx4518 | 1129-000 | $1,858.64 |
| Refund - Service Transport Company | 1129-000 | $1,941.38 |
| Claims for Breach of Contract against FCStone, LLC and FGDI, LLC (and Curt Maw) | 1149-000 | $630,000.00 |
| ADP-Automatic Data Processing - refund | 1221-000 | $337.38 |
| Compromise with Ritchie OF; Ritchie to pay $25,000 for ongoing admin expenses, including funding of litigation against F | 1249-000 | $25,000.00 |
| Interest Earned | 1270-000 | $3.47 |
| **TOTAL GROSS RECEIPTS** | | **$665,540.87** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County, et al | 4110-000 | $0.00 | $223,896.16 | $0.00 | $0.00 |
| 13 | Galena Park ISD Tax Assessor/Collector | 4110-000 | $0.00 | $617,687.98 | $0.00 | $0.00 |
| 20a | Iron Mountain Information Management, Inc. | 4110-000 | $0.00 | $15.00 | $0.00 | $0.00 |
| 30 | City of Galena Park | 4110-000 | $0.00 | $181,002.77 | $0.00 | $0.00 |
| 37 | San Jacinto Community College District | 4110-000 | $0.00 | $65,170.50 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,087,772.41** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $36,527.04 | $36,527.04 | $36,527.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P. , Trustee | 2200-000 | NA | $260.19 | $260.19 | $254.04 |
| George Adams | 2300-000 | NA | $331.99 | $331.99 | $331.99 |
| George Adams & Co | 2300-000 | NA | $102.79 | $102.79 | $102.79 |
| International Sureties, Ltd | 2300-000 | NA | $157.88 | $157.88 | $157.88 |
| Integrity Bank | 2600-000 | NA | $8,951.79 | $8,951.79 | $8,951.79 |
| BK Attorney Services, LLC | 2990-000 | NA | $105.40 | $105.40 | $105.40 |
| Ritchie OF Investments | 2990-800 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| Attorney for Trustee | 3110-000 | NA | $30,712.50 | $30,712.50 | $30,712.50 |
| Attorney for Trustee | 3120-000 | NA | $2,669.97 | $2,669.97 | $2,669.97 |
| Special Counsel for Trustee | 3210-600 | NA | $252,000.00 | $252,000.00 | $252,000.00 |
| Special Counsel for Trustee | 3220-610 | NA | $53,626.20 | $53,626.20 | $53,626.20 |
| Accountant for Trustee | 3410-000 | NA | $6,802.59 | $6,802.59 | $6,802.59 |
| Accountant for Trustee | 3420-000 | NA | $191.10 | $191.10 | $191.10 |
| Webster's Auction Palace, Inc., Auctioneer for Trustee | 3610-000 | NA | $960.00 | $960.00 | $960.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $418,399.44 | $418,399.44 | $418,393.29 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Porter & Hedges, L.L.P., Attorney for D-I-P | 6210-160 | NA | $49,239.00 | $49,239.00 | $15,111.17 |
| Porter & Hedges, L.L.P., Attorney for D-I-P | 6220-170 | NA | $1,492.19 | $1,492.19 | $457.94 |
| McKool Smith, P.C., Attorney for Creditor's Committee | 6700-140 | NA | $32,628.50 | $32,628.50 | $10,013.50 |
| McKool Smith, P.C., Attorney for Creditor's Committee | 6710-150 | NA | $38.41 | $38.41 | $11.79 |
| Kinder Morgan Liquid Terminals, LLC, Admin. Rent (post-petition storage | 6920-000 | NA | $2,178,062.81 | $665,651.70 | $221,553.18 |
| Vopak Terminal | 6990-000 | NA | $56,268.53 | $56,268.53 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| Galena Park, Inc | | | | |
|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | NA | $2,317,729.44 | $805,318.33 | $247,147.58 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 16 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 2 | BNSF Railway Company | 7100-000 | $0.00 | $104,669.19 | $104,669.19 | $0.00 |
| 3 | American Infosource Lp As Agent for | 7100-000 | $0.00 | $3,949.05 | $3,949.05 | $0.00 |
| 4 | Rain for Rent Credit Department | 7100-000 | $0.00 | $9,268.19 | $9,268.19 | $0.00 |
| 5 | Clean Fuels Clearinghouse | 7100-000 | $0.00 | $7,996.15 | $7,996.15 | $0.00 |
| 6 | K-3 Resources LP | 7100-000 | $0.00 | $2,847.81 | $2,847.81 | $0.00 |
| 7 | K-3 Resources LP | 7100-000 | $0.00 | $2,847.81 | $0.00 | $0.00 |
| 8 | Seal Solutions of Texas, Inc. | 7100-000 | $0.00 | $2,064.79 | $2,064.79 | $0.00 |
| 9 | Weaver and Tidwell, LLP | 7100-000 | $0.00 | $17,688.33 | $17,688.33 | $0.00 |
| 10 | BNSF Railway Company | 7100-000 | $0.00 | $104,669.19 | $0.00 | $0.00 |
| 11 | Mobile Modular Management Corporation | 7100-000 | $0.00 | $9,499.70 | $9,499.70 | $0.00 |
| 12 | Argo | 7100-000 | $0.00 | $6,034.88 | $6,034.88 | $0.00 |
| 14 | Glocon, Inc. | 7100-000 | $0.00 | $17,470.00 | $17,470.00 | $0.00 |
| 15 | Cosmic Air Conditioning & Heating | 7100-000 | $0.00 | $676.81 | $676.81 | $0.00 |
| 17 | Inspectorate of America | 7100-000 | $0.00 | $3,328.62 | $3,328.62 | $0.00 |
| 18 | Ahern Rentals, Inc. | 7100-000 | $0.00 | $3,856.92 | $3,856.92 | $0.00 |
| 19 | Univar USA, Inc. | 7100-000 | $0.00 | $753.00 | $753.00 | $0.00 |
| 20 | Iron Mountain | 7100-000 | $0.00 | $798.03 | $798.03 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Information Management, Inc. | | | | | |
| 21 | Aqua Solutions, Inc. | 7100-000 | $0.00 | $207.02 | $207.02 | $0.00 |
| 22 | Goodgame Industrial Solutions, LLC | 7100-000 | $0.00 | $59,519.65 | $59,519.65 | $0.00 |
| 23 | Union Tank Car Company | 7100-000 | $0.00 | $845,200.93 | $845,200.93 | $0.00 |
| 24 | Vopak Terminal Deer Park, Inc. | 7100-000 | $0.00 | $3,744.00 | $3,744.00 | $0.00 |
| 26 | Logix Communications | 7100-000 | $0.00 | $2,414.01 | $2,414.01 | $0.00 |
| 27 | METCO Environmental | 7100-000 | $0.00 | $4,944.74 | $4,944.74 | $0.00 |
| 28 | Verizon Wireless | 7100-000 | $0.00 | $270.69 | $270.69 | $0.00 |
| 29 | United Environmental Services, L.L.C. | 7100-000 | $0.00 | $152,811.34 | $152,811.34 | $0.00 |
| 31 | Mobile Modular Management Corporation | 7100-000 | $0.00 | $9,499.70 | $0.00 | $0.00 |
| 32 | Camin Cargo Control | 7100-000 | $0.00 | $3,105.00 | $3,105.00 | $0.00 |
| 33 | Telvent DTN Inc. | 7100-000 | $0.00 | $2,035.16 | $2,035.16 | $0.00 |
| 34 | Linden Bulk Transportation SW, LLC | 7100-000 | $0.00 | $636.96 | $636.96 | $0.00 |
| 35 | BNSF Railway Company | 7100-000 | $0.00 | $104,669.19 | $0.00 | $0.00 |
| 36 | Trinity Chemical Industries | 7100-000 | $0.00 | $17,284.00 | $17,284.00 | $0.00 |
| 38 | Ritchie OF Investments | 7100-000 | $0.00 | $11,423,468.77 | $11,423,468.77 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,928,229.63 | $12,706,543.74 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-30778-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | Date Filed (f) or Converted (c): | 03/09/2010 (c) |
| For the Period Ending: | 12/15/2016 | §341(a) Meeting Date: | 06/17/2010 |
| | | Claims Bar Date: | 10/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  ADP-Automatic Data Processing - refund (u) | $0.00 | $337.38 | | $337.38 | FA |
| 2  Amegy Bank of Texas xx4518 | $2,229.12 | $1,858.64 | | $1,858.64 | FA |
| 3  Intercompany receivables | $3,342,650.76 | $0.00 | | $0.00 | FA |
| 4  Claims for Breach of Contract against FCStone, LLC and FGDI, LLC (and Curt Maw) (u) | Unknown | $630,000.00 | | $630,000.00 | FA |
| **Asset Notes:** added/amended 04/23/10 (doc #50); Order on Compromise entered 10/06/14 (doc #134); settlement at mediation - FGDI to pay $630,000 and waiver of all claims against Trustee and estate, including the potential $1 million counterclaim filed by FGDI; Special Counsel to be paid $252,000 (40%) plus expenses of $53,626.20 plus any fees owed to American Arbitration Association in connection with the mediation | | | | | |
| 5  Licenses, Franchises, and other general intangibles (see Attachment B-23) (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** added/amended 04/23/10 (doc #50) | | | | | |
| 6  2002 GMC 4x4 VIN 2GTEK19TX21403798 | $9,000.00 | $6,400.00 | | $6,400.00 | FA |
| **Asset Notes:** ; Order employing auctioneer and approving sale entered 07/22/10 (doc #84). Auction held 08/01/10; Auctioneer fees $960 | | | | | |
| 7  Office equipment and furnishings (see attachment B-28) | $3,867.00 | $0.00 | | $0.00 | FA |
| 8  Machinery, fixtures, equipment and supplies (see attachment B-29 the value of these assets is based on the Debtor's estimate of the properties' salvage value) | $277,325.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandonment filed 07/11/11 (doc #112); taxing authorities wiped out equity | | | | | |
| 9  Waste liquids that require reprocessing or disposal | $0.00 | $0.00 | | $0.00 | FA |
| 10  Compromise with Ritchie OF; Ritchie to pay $25,000 for ongoing admin expenses, including funding of litigation against FGDI; Ritchie granted a superiority claim subordinate to admin expenses; and assignment of insurance claim (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| **Asset Notes:** Order entered 09/20/11 (doc #118) | | | | | |
| 11  Refund - Service Transport Company (u) | $0.00 | $1,941.38 | | $1,941.38 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $3.47 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $3,635,071.88 | $665,537.40 | | $665,540.87 | $0.00 |

**FORM 1**
Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-30778-H3-7 | | Trustee Name: | Lowell Cage |
| Case Name: | ORGANIC FUELS, LTD | | Date Filed (f) or Converted (c): | 03/09/2010 (c) |
| For the Period Ending: | 12/15/2016 | | §341(a) Meeting Date: | 06/17/2010 |
| | | | Claims Bar Date: | 10/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

12/15/2015  TFR submitted to UST on 12/15/15.

03/31/2015  Lawsuit settled. Currently resolving chapter 11 claims, will be able to file final fee app shortly. Tax returns and accountant fee app to be filed.

TLW

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | /s/ LOWELL CAGE | |
| Current Projected Date Of Final Report (TFR): | 12/31/2015 | LOWELL CAGE | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-30778-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1635 | Checking Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $7,622.17 | | $7,622.17 |
| 07/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.29 | $7,609.88 |
| 08/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.27 | $7,597.61 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.86 | $7,585.75 |
| 10/11/2011 | (10) | Ritchie Capital Management, LLC | Order entered 09/20/11 (doc #118); ck #8442 dated 10/07/11 | 1249-000 | $25,000.00 | | $32,585.75 |
| 10/21/2011 | 5001 | George Adams & Co | Bond Payment | 2300-000 | | $39.72 | $32,546.03 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.94 | $32,509.09 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.74 | $32,458.35 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.35 | $32,406.00 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.27 | $32,353.73 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.81 | $32,304.92 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.10 | $32,252.82 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.34 | $32,202.48 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.94 | $32,150.54 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.18 | $32,100.36 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.77 | $32,048.59 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.69 | $31,996.90 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.94 | $31,946.96 |
| 10/11/2012 | 5002 | George Adams & Co | Bond Payment | 2300-000 | | $45.75 | $31,901.21 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.51 | $31,849.70 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.71 | $31,799.99 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.29 | $31,748.70 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.21 | $31,697.49 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $46.17 | $31,651.32 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.05 | $31,600.27 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.32 | $31,550.95 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.89 | $31,500.06 |
| | | | SUBTOTALS | | $32,622.17 | $1,122.11 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30778-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1635 | | Checking Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.17 | $31,450.89 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.73 | $31,400.16 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.65 | $31,349.51 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.93 | $31,300.58 |
| 10/22/2013 | 5003 | George Adams | Bond payment | 2300-000 | | $30.76 | $31,269.82 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.47 | $31,219.35 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.73 | $31,170.62 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.27 | $31,120.35 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.19 | $31,070.16 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.26 | $31,024.90 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.04 | $30,974.86 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.35 | $30,926.51 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.88 | $30,876.63 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $48.19 | $30,828.44 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.72 | $30,778.72 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.64 | $30,729.08 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $47.96 | $30,681.12 |
| 10/21/2014 | (4) | Agrex, Inc. | wire received 10/21/14; payment in full on compromise | 1149-000 | $630,000.00 | | $660,681.12 |
| 10/21/2014 | 5004 | Carrigan McCloskey & Roberson, L.L.P. | 10/06/14 134 Special Counsel fees/expenses | * | | $305,626.20 | $355,054.92 |
| | | | | $(252,000.00) | 3210-600 | | $355,054.92 |
| | | | | $(53,626.20) | 3220-610 | | $355,054.92 |
| 10/24/2014 | 5005 | George Adams | Bond Payment | 2300-000 | | $301.23 | $354,753.69 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $266.94 | $354,486.75 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $553.35 | $353,933.40 |
| 12/12/2014 | 5006 | BK Attorney Services, LLC | Copy/postage service; Tracking #613052916 | 2990-000 | | $105.40 | $353,828.00 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $570.79 | $353,257.21 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $569.78 | $352,687.43 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $513.81 | $352,173.62 |

SUBTOTALS    $630,000.00    $309,326.44

Page No: 3    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-30778-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1635 | Checking Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $568.04 | $351,605.58 |
| 04/08/2015 | (11) | Service Transport Company | refund on invoices; ck #025284 dated 01/14/15 postmarked 03/10/15 fwd by H. Thomas 03/30/15 | 1129-000 | $1,941.38 | | $353,546.96 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $551.04 | $352,995.92 |
| 05/04/2015 | 5007 | William G West, P.C., CPA | 04/20/15 139 Accountant fees/expenses | * | | $6,993.69 | $346,002.23 |
| | | | $(6,802.59) | 3410-000 | | | $346,002.23 |
| | | | $(191.10) | 3420-000 | | | $346,002.23 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $560.26 | $345,441.97 |
| 06/05/2015 | 5008 | Cage, Hill & Niehaus L.L.P. | 06/03/15 146 Attorney fees/expenses | * | | $33,382.47 | $312,059.50 |
| | | | $(30,712.50) | 3110-000 | | | $312,059.50 |
| | | | $(2,669.97) | 3120-000 | | | $312,059.50 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $500.99 | $311,558.51 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $502.53 | $311,055.98 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $501.71 | $310,554.27 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $484.75 | $310,069.52 |
| 10/14/2015 | 5009 | International Sureties, Ltd | Bond payment; Bond No. 016067214 | 2300-000 | | $157.88 | $309,911.64 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $500.02 | $309,411.62 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $482.96 | $308,928.66 |
| 03/11/2016 | 5010 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $36,527.04 | $272,401.62 |
| 03/11/2016 | 5011 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $254.04 | $272,147.58 |
| 03/11/2016 | 5012 | Ritchie OF Investments | Final Distribution | 2990-800 | | $25,000.00 | $247,147.58 |
| 03/11/2016 | 5013 | Porter & Hedges, L.L.P. | Final Distribution | 6220-170 | | $457.94 | $246,689.64 |
| 03/11/2016 | 5014 | Porter & Hedges, L.L.P. | Final Distribution | 6210-160 | | $15,111.17 | $231,578.47 |
| 03/11/2016 | 5015 | Kinder Morgan Galena Park West, LLC formerly Vopak Terminal Galena Park | Final Distribution Claim #25; | 6920-000 | | $204,284.69 | $27,293.78 |
| 03/11/2016 | 5016 | McKool Smith, P.C. | Final Distribution | 6710-150 | | $11.79 | $27,281.99 |
| 03/11/2016 | 5017 | McKool Smith, P.C. | Final Distribution | 6700-140 | | $10,013.50 | $17,268.49 |
| 03/11/2016 | 5018 | Vopak Terminal Galena Park, Inc | Final Distribution | 6990-000 | | $17,268.49 | $0.00 |

SUBTOTALS    $1,941.38    $354,115.00

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30778-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1635 | | Checking Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2016 | 5018 | STOP PAYMENT: Vopak Terminal Galena Park, Inc | Reissue of stale-dated ck #5018; Final Distribution | 6990-004 | | ($17,268.49) | $17,268.49 |
| 07/13/2016 | 5019 | Vopak Terminal Galena Park, Inc | Reissue of stale-dated ck #5018; Final Distribution | 6990-000 | | $17,268.49 | $0.00 |
| 10/14/2016 | 5019 | VOID: Vopak Terminal Galena Park, Inc | | 6990-003 | | ($17,268.49) | $17,268.49 |
| 10/14/2016 | 5020 | Kinder Morgan Liquid Terminals, LLC | Reissue of stale-dated ck #5019; Final Distribution on Claim #25 (transfer of claim entered 10/04/16, doc #161) | 6920-000 | | $17,268.49 | $0.00 |
| | | | **TOTALS:** | | $664,563.55 | $664,563.55 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,622.17 | $0.00 | |
| | | | Subtotal | | $656,941.38 | $664,563.55 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $656,941.38 | $664,563.55 | |

| For the period of 1/29/2010 to 12/15/2016 | | For the entire history of the account between 06/30/2011 to 12/15/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $656,941.38 | Total Compensable Receipts: | $656,941.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $656,941.38 | Total Comp/Non Comp Receipts: | $656,941.38 |
| Total Internal/Transfer Receipts: | $7,622.17 | Total Internal/Transfer Receipts: | $7,622.17 |
| | | | |
| Total Compensable Disbursements: | $664,563.55 | Total Compensable Disbursements: | $664,563.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $664,563.55 | Total Comp/Non Comp Disbursements: | $664,563.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-30778-H3-7 | | | Trustee Name: | Lowell Cage |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ORGANIC FUELS, LTD | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***1635 | | | Money Market Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market |
| For Period Beginning: | 1/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2010 | (1) | Automatic Data Processing, Inc. | refund; Inv #C48284/040; Batch C127R05051; Descr 94312; ck #2551571 dated 05/11/10 fwd from Porter & Hedges postmarked 06/07/10 | 1221-000 | $337.38 | | $337.38 |
| 06/21/2010 | (2) | Organic Fuels, Ltd DIP | turnover of Amegy Bank sums on deposit; ck #1002 dated 06/17/10 (no envelope) | 1129-000 | $1,858.64 | | $2,196.02 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.03 | | $2,196.05 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.09 | | $2,196.14 |
| 08/17/2010 | (6) | Webster's Auction Palace, Inc. | auction proceeds; ck #8209 dated 08/11/10 postmarked same | 1129-000 | $6,400.00 | | $8,596.14 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.22 | | $8,596.36 |
| 08/31/2010 | 1001 | Webster's Auction Palace, Inc. | Auctioneer fees | 3610-000 | | $960.00 | $7,636.36 |
| 09/15/2010 | 1002 | George Adams & Co | Bond Payment | 2300-000 | | $1.10 | $7,635.26 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.32 | | $7,635.58 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.32 | | $7,635.90 |
| 11/24/2010 | 1003 | George Adams & Co | Bond Payment | 2300-000 | | $16.22 | $7,619.68 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.31 | | $7,619.99 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.32 | | $7,620.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.32 | | $7,620.63 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.29 | | $7,620.92 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.32 | | $7,621.24 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.31 | | $7,621.55 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.32 | | $7,621.87 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.30 | | $7,622.17 |
| 06/30/2011 | | Integrity Bank | Transfer Funds | 9999-000 | | $7,622.17 | $0.00 |

**SUBTOTALS**  $8,599.49   $8,599.49

Page No: 6    Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30778-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***1635 | | Money Market Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market |
| For Period Beginning: | 1/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $8,599.49 | $8,599.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,622.17 | |
| | | | Subtotal | | $8,599.49 | $977.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,599.49 | $977.32 | |

| For the period of 1/29/2010 to 12/15/2016 | | For the entire history of the account between 06/11/2010 to 12/15/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,599.49 | Total Compensable Receipts: | $8,599.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,599.49 | Total Comp/Non Comp Receipts: | $8,599.49 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $977.32 | Total Compensable Disbursements: | $977.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $977.32 | Total Comp/Non Comp Disbursements: | $977.32 |
| Total Internal/Transfer Disbursements: | $7,622.17 | Total Internal/Transfer Disbursements: | $7,622.17 |

Page No: 7     Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-30778-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ORGANIC FUELS, LTD | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***1635 | Money Market Acct #: | ******0778 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market |
| For Period Beginning: | 1/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $665,540.87 | $665,540.87 | $0.00 |

**For the period of 1/29/2010 to 12/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $665,540.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $665,540.87 |
| Total Internal/Transfer Receipts: | $7,622.17 |
| | |
| Total Compensable Disbursements: | $665,540.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $665,540.87 |
| Total Internal/Transfer Disbursements: | $7,622.17 |

**For the entire history of the case between 03/09/2010 to 12/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $665,540.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $665,540.87 |
| Total Internal/Transfer Receipts: | $7,622.17 |
| | |
| Total Compensable Disbursements: | $665,540.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $665,540.87 |
| Total Internal/Transfer Disbursements: | $7,622.17 |

/s/ LOWELL CAGE

LOWELL CAGE